NICHOLAS D. BRAUNS (Bar No. 257694)
braunsn@higgslaw.com
EDWIN M. BONISKE (Bar No. 265701)
boniske@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Attorneys for Defendants
JORDAN BROWN and C3jets, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

AARON STANZ individually and on behalf of JET GENIUS HOLDINGS, INC. as shareholder thereto,

Plaintiffs,

v.

JORDAN BROWN, individually and in his capacity as CEO, Director, and Chairman of co-defendant JET GENIUS HOLDINGS, INC.; JET GENUIS HOLDINGS, INC.; JET GENIUS FLORIDA HOLDINGS, INC.; C3 JETS LLC; BOWMAN AVIATION LLC; DOES 1-20,

Defendants.

Case No. 3:22-cv-01164-GPC-JLB

**DEFENDANTS JORDAN BROWN AND C3 JETS, LLC'S NOTICE OF MOTION TO DISMISS THE COMPLAINT AND TO STRIKE PURSUANT TO FED.R.CIV.P. 12(b)(1), 12(b)(6), 12(b)(7), AND 12(f)**

Date: December 16, 2022
Time: 1:30 p.m.
Ctrm: 2D
Judge: Hon. Gonzalo P. Curiel

PLEASE TAKE NOTICE THAT on December 16, 2022 or as soon thereafter as the matter may be heard by the Honorable Gonzalo P. Curiel, Defendants Jordan Brown and C3jets, LLC, through their counsel Nicholas D. Brauns and Edwin M. Boniske of the law firm of Higgs, Fletcher & Mack LLP, and, pursuant to Rules 12(b)(1), 12(b)(6), and 12(b)(7), and 12(f) of the Federal Rules of Civil Procedure, respectfully request that this Court dismiss Plaintiff Aaron Stanz' Complaint against them based upon lack of subject-matter jurisdiction, failure to state a claim upon which relief can be granted, and failure to join a party under Rule 19; Defendants further move to strike immaterial and impertinent material from the Complaint. A Memorandum in Support of this Motion is filed herewith and incorporated herein.

*Respectfully Submitted,*

Dated: September 9, 2022

HIGGS FLETCHER & MACK LLP

By: /s/ *Nicholas D. Brauns*
NICHOLAS D. BRAUNS
EDWIN M. BONISKE
Attorneys for Defendants
JORDAN BROWN AND C3 JETS LLC

11226658.1