*Exhibit "E"*

# DRAFT Fair Market Value Report

# Jet Genius Holdings, Inc., Jet Genius Florida Holdings, Inc., & Jet Agency, LLC

# at December 31, 2021

**D R A F T # 2**

prepared by

*Avicor Aviation Inc.*
12725 SW Millikan Way, Suite 300
Beaverton, OR 97005
Phone: 503-973-5711
https://avicoraviation.com

DRAFT Report Date: March 28, 2022

*Exhibit "E"*

## Table of Contents

**EXECUTIVE SUMMARY** .......... **1**
**INTRODUCTION** .......... **2**
Subject of the Valuation Engagement .......... 2
Summary and Description of the Company .......... 2
Purpose and Function of the Valuation .......... 3
Premise and Standard of Value .......... 3
Date of the Valuation .......... 5
Ownership and Control .......... 5
Scope of the Engagement .......... 5
Definitions .......... 6
Principal Sources of Information .......... 6
Assumptions and Limiting Conditions .......... 6
**FINANCIAL PERFORMANCE OF THE COMPANY** .......... **8**
Financial Statements .......... 8
Financial Statement Analysis .......... 8
Adjustments to Financial Statements .......... 17
**VALUATION METHODOLOGY** .......... **20**
Market Approach – M & A Comps .......... 21
Valuation Adjustments .......... 26
**CONCLUSION OF VALUE** .......... **34**
**APPENDIX** .......... **35**
Appendix A - Valuation Representations and Certification .......... 36
Appendix B – Limiting Conditions .......... 37
Appendix C – Statement of Qualifications .......... 40
Appendix D – International Glossary of Valuation Terms .......... 41
Appendix E – List of Exhibits .......... 50
Appendix F – List of Documents and Sources .......... 51

## Executive Summary

The table below provides an overview of the key assumptions and information with respect to the valuation of the Jet Genius Holdings, Inc., Jet Genius Florida Holdings, Inc., Jet Agency, LLC

| | |
|---|---|
| Purpose: | Investment in the Business |
| Standard of Value: | Fair Market Value |
| Premise of Value: | Value as a Going Concern |
| Client Name: | Mr. Jordan Brown |
| Type of Entity: | Jet Genius Holdings, Inc. - California S Corporation |
| | Jet Genius Florida Holdings, Inc. – Florida C Corporation |
| | Jet Agency, LLC – Florida Limited Partnership |
| Incorporation States: | California & Florida |
| Business Value Interest: | 100% |
| **DRAFT** Report Date: | March 28, 2022 |
| Appraiser Name: | Lillian M. Tamm, CVA |
| Appraisal Firm: | Avicor Aviation Inc. |
| Conclusion of Value: | **$66,710,000** |

DRAFT

# Introduction

## Subject of the Valuation Engagement

The subject of this business valuation engagement, as that term is defined in the Professional Standards of the National Association of Certified Valuators and Analysts, is 100% of the equity interest in Jet Genius Holdings, Inc., Jet Genius Florida Holdings, Inc., and Jet Agency, LLC, hereinafter referred to jointly as "Charter Flight Group," "CFG," or the "Company." Jet Genius Holdings, Inc. is an "S" corporation registered in the State of California. Jet Genius Holdings Florida, Inc. is a "C" Corporation registered in the state of Florida. Jet Agency, LLC is a limited liability company also registered in the state of Florida. Together these three entities operate as Charter Flight Group, or "CFG." This report will provide sufficient information to permit the intended user to understand the data, reasoning and analyses underlying the valuation analyst's conclusion of value.

## Summary and Description of the Company

Charter Flight Group is a technology-enabled air charter brokerage firm. The Company has developed proprietary technology which management states allows it to book "more trips with less people than anyone else in the industry." The Company has been developing the technology for a number of years and in the past couple of years this has allowed it make the most of market conditions.

CFG is multiplying its operations through the acquisition of air charter brokers, by offering them with an environment where they are able to work more efficiently. This provides the brokers with the opportunity to either work less or generate more income. As these brokers are added to CFG, each brings its established book of clients, further expanding the Company's market penetration. The Company's brokers are based throughout the United States *(elsewhere?)*, maximizing its exposure and coverage. At the same time, the Company's in-house sales and other operations are also increasing in efficiency with the ongoing development of its technology.

*Need information here about the growth in the number of brokers and the general personnel in the Company–-how many brokers has the Company added? How has its staffing grown?*

In the Company's fiscal year ended December 31, 2021 CFG generated over $54 million in gross revenues, an increase of 325% since fiscal year 2019 and growing by a CAGR of over 80% since that time. The Company generated a gross profit of $8.2 million or 15.2% in 2021. Since 2021, its gross profit has grown by a CAGR of 94.5%.

DRAFT



*Exhibit "E"*

## Purpose and Function of the Valuation

The valuation will be used by the current owners of CFG solely with respect to presenting the business to potential investors. Any other use of this report is unauthorized and the information included in this Report should not be relied upon for any other use.

## Premise and Standard of Value

The premise of value for this valuation is as a going-concern. The standard of value used in this valuation is fair market value. Fair market value is defined as:

"*The price at which property would exchange hands between a willing buyer and willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts. Court decisions frequently state in addition that the hypothetical buyer and seller are assumed to be able, as well as being willing, to trade and to be well informed about the property and concerning the market for such property*"[1]

To appreciate this standard (or definition) of value, it is important to understand that "fair market value" as defined for this valuation includes the following assumptions:

1. The hypothetical buyer and seller are both willing, and thus interested in the transaction, and are able to enter into this transaction, implying that the hypothetical buyer has sufficient funds to enter into the transaction;

2. The hypothetical buyer is prudent, implying a rational buyer, but is not motivated by any strategic or synergistic influences—the buyer under the fair market value standard is considered to be a "financial" and not a "strategic" buyer, where the buyer contributes only capital and management of equivalent competence to that of current management;

3. Generally, the business will continue as a going concern and not be liquidated, unless the collection of individual assets is more valuable if put to separate uses; and

4. The hypothetical transaction will be for cash.

### *Hypothetical Buyer*

The "hypothetical buyer" under the fair market value standard is generally considered to be a financial buyer who brings financial resources to a transaction, but little or no business synergies. This party is interested in the ability of the business to generate future cash flows, and often will leverage the acquisition through the use of debt to finance as much as 75% or more of the acquisition. While the hypothetical buyer may see the possibility of increased cash flows, he or she will generally not pay for that potential.

[1] The fair market standard of value is defined by IRS Revenue Ruling 59-60: 1959-1.



DRAFT

Alternatively, a strategic buyer, inherent in the investment standard of value, benefits from the synergies of buying a company. These benefits, for example, may include expanding sales territories, adding new products, reducing costs with better purchasing power, and eliminating duplicate functions. Under these circumstances, a strategic buyer may pay a premium over a financial buyer's offer price to obtain such synergistic benefits.

***Hypothetical Seller***

The "hypothetical seller" under the fair market value standard is also not a specific person, although it is assumed that this seller is prudent and has reasonable knowledge of relevant facts. This hypothetical seller is also rational and can be convinced to sell if the price is right. In addition, the seller is knowledgeable about the market and how it affects the value of his or her business, other businesses, and financial risks specific to the subject company and other investment characteristics associated with the subject's business interest.

Similar to excluding prospective buyers who have unique strategic advantages under the fair market value standard for the hypothetical buyer, the hypothetical seller must have common characteristics with other prospective sellers, including not being under duress or compulsion to sell. Rather, the seller under this standard of value will act rationally and with his or her best interest in mind. Consequently, this prospective seller will only sell if he or she can expect that the proceeds from the sale can be invested in alternative investment opportunities that will generate larger future cash flows than those from its current investment in the subject business. Otherwise, the hypothetical seller would not sell, but rather would continue the investment in the subject company.

Going concern value assumes that the company will continue in business, and looks to its earnings power and cash generation capabilities as indicators of its fair market value. There are many acceptable methods used in business valuation today. The three basic approaches that must be considered by the valuator are:

1. The Asset Based Approach;
2. The Income Approach; and
3. The Market Approach.

Within each of these approaches there are many acceptable valuation methods available for use by the appraiser. Valuation standards suggest that a valuator test as many methods as may be applicable to the facts and circumstances of the property being appraised. It is then up to the valuator's informed judgment as to how these values will be reconciled in deriving a final estimate of value.

***Appropriate Market Sector***

In addition, the fair market value standard implies that the hypothetical buyer and seller know the market for such property, which means that both parties understand the industry and other



DRAFT

economic conditions and their effects on the subject property, at the valuation date, in a sale of the subject property. Even though the willing buyer and willing seller are hypothetical, they are also presumed to be dedicated to achieving their individual maximum economic advantage, but are presumed to be absent any compulsion to buy or sell, respectively.

In this case, the most appropriate market sector under the fair market value standard requires us to measure value based upon a hypothetical sale of the entire company to a financial buyer. The requirements associated with this engagement were to determine a fair market value of the Company as if it is to be sold to an independent third party.

## Date of the Valuation

The effective date of the valuation is December 31, 2021. The effective date was selected as it was at the end of the latest available yearly financial statements for the Company at the time the report was started. Subsequent events, however, may be used in determining value to prove the reasonableness of the willing buyer's and seller's expectations at the Valuation Date. If the willing buyer and seller cannot reasonably anticipate the future events, they are not relevant and must not be considered. This report was issued on March 28, 2022.

## Ownership and Control

The ownership of the three entities that comprise CFG differ. Jet Genius Holdings, Inc. is owned by ________________.

Jet Genius Florida Holdings, Inc. is owned 63.7% by Jordan Brown the Company's CEO, 25.0% by Aaron Stanz, 1.3% by Alex Wolf and the remaining 10% is available for employee incentives.

Jet Agency, LLC is owned ____________________.

## Scope of the Engagement

A business valuation is based on factual information. It is necessary for the business valuator to determine the proper amount of information necessary to competently perform the valuation engagement.

This valuation report has been prepared in accordance with the Professional Standards of the National Association of Certified Valuators and Analysts. In accordance with these standards, Assumptions and Limiting Conditions are provided as Appendix B and a Statement of Appraiser Qualifications is included in Appendix C. It should be noted that Avicor was asked by the Client to prepare an abbreviated report that does not extensively describe the Company's operations or its industry segment and the Report has been prepared accordingly.

The specific valuation methods used in the determination of value were based upon the performance of investigative procedures considered necessary under the circumstances. These procedures included a visit to the Company's offices in Boca Raton, Florida, discussions with

Company management regarding the history and operations of the business, as well as detailed discussions about the Company's recent financial performance and operations; its expected future performance; and other factors considered relevant.

Both internal and external factors influencing the value of the Company were reviewed, analyzed, and interpreted. Internal factors included the Company's financial position, results of operations, and the size and marketability of the interest being valued. Among the external factors included were the status of the industry, economic factors affecting the industry and the market it serves, and the position of the Company relative to its market. The business valuator must obtain sufficient data about the company's industry, economic and operating environment, as well as company specific data to make a determination of value.

Avicor Aviation has relied on the Company's financial statements as being accurate and a fair representation of the financial status and operations of the Company. No independent investigative procedures have been applied to assure their accuracy, but management's representation that this financial information as well as other information and documentation provided to us by them or their agents is true and correct to the best of their knowledge and belief have been relied upon. The Company has further assured us that all issues related to litigation, government regulatory requirements, environmental hazards, and other related matters that may impact the value of the Company have been disclosed to Avicor Aviation.

A business valuation is neither a legal nor a tax opinion. Its purpose is to estimate value within the meaning of the defined Standard of Value. Avicor Aviation Inc. assumes no responsibility whatsoever for legal or tax matters relative to its findings. Values are stated without reference to legal or tax claims unless so noted. The Company's compliance with all applicable federal, state, and local laws and regulations is assumed in reliance on management's representation. The valuation engagement and the resulting report should not be relied upon to disclose errors, irregularities, or illegal acts, including fraud or defalcations.

## Definitions

The terms used in this report are used in the context of the definition of terms located in *Appendix D - International Glossary of Business Valuation Terms*.

## Principal Sources of Information

A list of the documents provided by CFG and principal sources of information utilized in carrying out the valuation of the Company has been included in *Appendix F*.

## Assumptions and Limiting Conditions

The business valuation process requires certain assumptions and limiting conditions, many of which may have significant influence on the valuation conclusion. The following assumptions and limiting conditions, as well as the limiting conditions in *Appendix B* apply to this valuation engagement.



DRAFT

a. This report is a valuation report designed to give an opinion of fair market value. It is not an accounting report, nor does the process constitute thorough due diligence, and this report should not be relied upon to disclose hidden assets or to verify financial reporting. It is an opinion of value of 100% of the common stock of the Company as at December 31, 2021.

b. For the purpose of this report, the financial statements have been accepted without their accuracy being tested. The statements consist of in-house prepared balance sheets and statements of profit and loss. The accuracy of the financial statements is the sole responsibility of the management of the Company.

c. For the purpose of this report, representations made by the owners and other management about the background, history and future plans of the business have been relied upon. The management of the Company has acknowledged that the information provided is accurate, complete, and, unless otherwise noted, conforms to generally accepted accounting principles.

d. All facts and data as set forth in this report were obtained from sources considered to be reliable; however, no liability is assumed for the accuracy of information provided by others and the validity of this information and of the conclusions therefrom are in no sense warranted by Avicor, its principals, management, shareholders, directors or employees.

e. As Avicor Aviation is neither a law firm nor an accounting firm, no responsibility is assumed for matters of a legal or accounting nature affecting the business analyzed, nor is any opinion of title rendered. Any legal issues that have an impact on value have been considered from a non-attorney's point of view. Readers of this report should seek proper legal advice if such matters are material in nature. The analysis assumes a marketable title and has been made as though the business and its assets are free and clear of liens and encumbrances except as specifically provided for in the analysis.

f. This fair market value valuation report is based upon facts and conditions existing at the effective date of the valuation. Subsequent events have not been considered and, unless specifically requested by the client as an additional transaction and agreed upon by Avicor, Avicor Aviation Inc. has no obligation to update the report for such events and conditions.

g. As previously indicated, internal and external factors can strongly affect value. The information disclosed in this report is considered necessary and relevant to support the value conclusion. We have not knowingly withheld pertinent information in arriving at the conclusion of value.

h. The conclusion of value opined to in this report applies only to the Company at December 31, 2021. In addition, the estimate of value is valid only for the purpose of determining fair market value with respect to potential investment(s) the business.

DRAFT

# Financial Performance of the Company

## Financial Statements

CFG's daily accounting is undertaken in house. When the business moved from California to Florida, funds were extended between companies to cover startup costs and establish the Florida operations. Financial statements were incomplete, but over the past year the Company's accounting staff has been going through the process of sorting out revenues and expenses and allocating them to each entity.

The Company retains the accounting firm of Lindsey & Brownell, LLP in La Jolla, California, which is currently in the process of preparing updated tax returns for each of the entities.

The Company's financial year end is December 31. The date of this valuation is at the end of the 2021 fiscal year. In-house prepared financial statements have been provided for the fiscal years ended December 31, 2019 through December 31, 2021 for Jet Genius Holdings and Jet Genius Florida. As Jet Agency was established late in 2020 only 2021 financial statements are relevant and have been provided. These three sets of financial statements have been relied upon for this Valuation.

In our opinion, while CFG is a rapidly growing company that has experienced considerable transition in the past couple of years recently, the years covered in our review and analyses are adequate to identify existing financial and operational trends that may affect the conclusion of value. In this report, various summaries of financial data, both historical and normalized, that were generated from our review and analysis process have been included.

## Financial Statement Analysis

### Balance Sheet Analysis

The Company's historical balance sheet is presented as *Exhibit 1: Historic and Common Size Balance Sheets* on the following two pages. Alongside CFG's historical balance sheet is a common size historical balance sheet in which each line item on the balance sheet is expressed as a percentage of total assets. The purpose of a common-size financial statement is to examine internal trends and to facilitate comparing the Subject Company with other companies.

#### *Assets*

At December 31, 2021, CFG's total assets at book value are just over $6.756 million. Just over 90% of its assets were current. Cash and cash equivalents comprise 3.33% of the Company's assets, and 6.97% are accounts receivable at the end of 2021. As a percentage of total assets, the Company's cash and accounts receivable have grown from 2019 through 2021. The majority, 70.65% of its assets were short-term notes receivable from shareholders in the Company.

## Exhibit 1: Historic and Common Size Balance Sheets

| | Historical | | | Common Size | | |
|---|---|---|---|---|---|---|
| **Fiscal Year Ended:** | **12/31/2021** | **12/31/2020** | **12/31/2019** | **12/31/2021** | **12/31/2020** | **12/31/2019** |
| **Assets:** | | | | | | |
| **Current Assets** | | | | | | |
| Cash | 225,279 | 242,690 | 52,603 | 3.33% | 5.89% | 1.94% |
| Accounts Receivable | 471,058 | 103,429 | 75,866 | 6.97% | 2.51% | 2.79% |
| Other Current Assets | | | | | | |
| Other Receivables | 183,457 | 346,492 | 26,920 | 2.72% | 8.41% | 0.99% |
| Prepaid Expenses | | 9,000 | 179,458 | | 0.22% | 6.61% |
| Short Term Notes Receivable | 4,773,007 | 3,274,702 | 2,146,370 | 70.65% | 79.49% | 79.00% |
| Corporate Loans | 434,154 | 18,992 | 16,155 | 6.43% | 0.46% | 0.59% |
| Credit Transfers | 450 | | | 0.01% | | |
| Total Other Current Assets | 5,391,068 | 3,649,186 | 2,368,903 | 79.80% | 88.58% | 87.19% |
| Total Current Assets | 6,087,405 | 3,995,305 | 2,497,372 | 90.10% | 96.98% | 91.92% |
| **Fixed Assets - Net** | | | | | | |
| Fixed Assets - Cost | | | | | | |
| Computer Equipment | 41,396 | 33,363 | 33,363 | 0.61% | 0.81% | 1.23% |
| Leasehold Improvements | 15,016 | 14,516 | 15,138 | 0.22% | 0.35% | 0.56% |
| Software & Domains | 50,009 | | | 0.74% | | |
| Total Fixed Assets - Cost | 106,421 | 47,879 | 48,501 | 1.58% | 1.16% | 1.79% |
| Accumulated Depreciation | | | | | | |
| Computer Equipment | 618 | -11,137 | -2,227 | 0.01% | -0.27% | -0.08% |
| Leasehold Improvements | -14,516 | -14,516 | -3,360 | -0.21% | -0.35% | -0.12% |
| Total Accumulated Depreciation | -13,898 | -25,653 | -5,587 | -0.21% | -0.62% | -0.21% |
| Total Fixed Assets - Net | 92,523 | 22,226 | 42,914 | 1.37% | 0.54% | 1.58% |
| **Intangible Assets - Net** | | | | | | |
| Intangible Assets | 625,529 | 422,020 | 417,020 | 9.26% | 10.24% | 15.35% |
| Accumulated Amortization | -90,706 | -323,656 | -251,389 | -1.34% | -7.86% | -9.25% |
| Total Intangible Assets - Net | 534,823 | 98,364 | 165,631 | 7.92% | 2.39% | 6.10% |
| **Other Non-Current Assets** | | | | | | |
| Other Assets | 41,290 | 3,800 | 11,071 | 0.61% | 0.09% | 0.41% |
| Non-Operating Assets | | | | | | |
| Total Other Non-Current Assets | 41,290 | 3,800 | 11,071 | 0.61% | 0.09% | 0.41% |
| **Total Assets** | 6,756,041 | 4,119,695 | 2,716,988 | 100.00% | 100.00% | 100.00% |
| **Liabilities and Equity:** | | | | | | |
| **Liabilities** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable | 2,587,911 | 1,439,538 | 993,538 | 38.31% | 34.94% | 36.57% |
| Credit Cards | 71,619 | 239,871 | 447,405 | 1.06% | 5.82% | 16.47% |
| Deferred Revenue | 1,432,485 | 2,546,004 | 1,616,016 | 21.20% | 61.80% | 59.48% |
| Accrued Expenses | 1,256,276 | 837,669 | 875,827 | 18.59% | 20.33% | 32.24% |
| Customer Deposits | 1,575,523 | 1,562,902 | 780,721 | 23.32% | 37.94% | 28.73% |
| Short Term Notes Payable | 1,464,659 | 1,146,660 | 933,400 | 21.68% | 27.83% | 34.35% |
| Other Current Liabilities | 4,588,882 | 2,809,186 | 2,670,716 | 67.92% | 68.19% | 98.30% |
| Total Current Liabilities | 12,977,355 | 10,581,830 | 8,317,623 | 192.09% | 256.86% | 306.13% |
| **Long-Term Debt** | | | | | | |
| **Other Non-Current Liabilities** | | | | | | |
| **Total Liabilities** | 12,977,355 | 10,581,830 | 8,317,623 | 192.09% | 256.86% | 306.13% |
| **Equity** | | | | | | |
| Common Stock | | | | | | |
| Add'l Paid-In Capital (Distributions) | -92,163 | -82,163 | -72,163 | -1.36% | -1.99% | -2.66% |
| Retained Earnings | -6,129,151 | -6,379,972 | -5,528,472 | -90.72% | -154.87% | -203.48% |
| **Total Equity** | -6,221,314 | -6,462,135 | -5,600,635 | -92.09% | -156.86% | -206.13% |
| **Total Liabilities and Equity** | 6,756,041 | 4,119,695 | 2,716,988 | 100.00% | 100.00% | 100.00% |

At $434,154 intercompany loans comprise 6.43% of the Company's total assets at the end of 2021, growing from comprising less than 0.60% in 2019. Intercompany loans grew nearly 420% from 2020 to 2021. Intercompany loans include loans between the three entities that are part of CFG as well as $404,989 that was extended to C3 Jets, LLC in 2021. The amounts due from C3 comprise the majority of the outstanding intercompany loans.

Net fixed assets have comprised from 0.54% to 1.58% of the Company's total assets over the past three years.

The Company also has intangible assets on its books. Its intangible assets, which comprise 7.92% of its total assets, include start-up and organizational cost for Jet Agency, as well as loan fees incurred by Jet Genius Florida Holdings and Jet Genius Holdings over a period of several years.

### *Liabilities and Equity*

Accounts payables have consistently comprised from just under 35% to just over 38% of the Company's liabilities and equity. From 2019 to 2020, accounts payable grew by nearly 45% and again from 2020 to 2021 grew by 61.4% to nearly $2.59 million.

Over the past three years the Company has reduced its reliance on credit cards. Amounts owing on credit cards dropped from nearly 15.5% of its liabilities and equity at the end of 2019 to 1.06% of liabilities and equity at the end of 2021. The dollar amount owing to credit card vendors at the end of 2021 decreased to 16% the amount owed two years earlier.

At the end of 2021, 21.2% of the Company's liabilities and equity comprised deferred revenue. This deferred revenue consists of amounts held due to cancelled or delayed flights and amounts collected from clients but not yet utilized. CFG maintains detailed records of these amounts to ensure that they are applied to the correct client when utilized. Another 23.3% of the Company's liabilities and equity is comprised of customer deposits. These are amounts customers pay ahead to provide themselves with flexibility in booking charters. Percentage-wise customer deposits have dropped to just over 23% at the end of 2021 from to a high of nearly 38% of liabilities and equity at the end of 2020.

Short-term notes payable comprise nearly 21.7% of the Company's liabilities and equity at the end of 2021, dropping from a high of 34.35% at the end of 2019. As dollar amounts, these rose by 22.85% from 2019 to 2020, and by 25.27% from 2020 to 2021. At the end of 2020 and 2021 these amounts include $572,000 in Payroll Protection Plan loans from the SBA. At the end of 2021, the PPP loan accounted for 39.25% of the short-term notes and loans payable.

Other current liabilities comprise over 67.9% of CFG's liabilities and equity, decreasing from 98.3% at the end of 2019. At the end of 2021, this amount is $4,588,882 and includes accrued payroll and commission amounts which have not yet been paid and are on the books at a total of $1,253,503 at the end of 2021. The balance is taxes owing, primarily Federal Excise and other taxes and fees directly related to charter flights. Accounting staff have stated that the Company is the process of working through paying off the amounts owed.

Throughout the three year lookback period CFG's equity has been negative however its position has improved. At the end of 2019, its equity position was just over -206%, came down to -154.9% in 2020 and was just under -92.1% at the end of 2021.

### Income Statement Analysis

The Company's income statement is presented as *Exhibit 3 - Historic and Common Size Income Statements* on page 12. Alongside CFG's historical income statement is a common size historical income statement in which each line item on the income statement is expressed as a percentage of total revenue. The purpose of a common-size financial statement is to examine internal trends and to facilitate comparing the subject company with other companies.

**Exhibit 2: CFG Historical Income and Expense Trends**




The graph to the left, *Exhibit 2: CFG Historical Income and Expense Trends* illustrates income and expense trends for CFG over the three-year period analyzed.

#### *Revenues*

Over the past three years CFG's revenues have been on an upward trajectory. Gross revenues grew by 37.24% from 2019 to 2020, from $16.93 million to nearly $22.78 million. In 2021 the Company's gross revenues grew by 137.3% to just over $54.04 million.

Charges for charter flights generate between 97.8% and 98.8% of CFG's revenues. Other related revenues include flight cancellations charges and flight related items such as catering and deicing.

## Exhibit 3 - Historic and Common Size Income Statements

| Fiscal Year Ended December 31 | Historical 2021 | 2020 | 2019 | Common Size 2021 | 2020 | 2019 |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Charter Flight Revenue | 52,885,834 | 22,470,395 | 16,395,179 | 97.86% | 98.67% | 98.80% |
| Ancilliary Charter Revenue | 953,103 | 203,046 | 139,653 | 1.76% | 0.89% | 0.84% |
| Miscellaneous Income | 203,891 | 98,879 | 58,796 | 0.38% | 0.43% | 0.35% |
| Total Revenues | 54,042,828 | 22,772,320 | 16,593,628 | 100.00% | 100.00% | 100.00% |
| **Cost of Goods Sold** | | | | | | |
| Operator Expenses | 44,826,140 | 19,495,588 | 14,260,192 | 82.95% | 85.61% | 85.94% |
| Ancilliary Charter Costs | 369,912 | 112,986 | 116,303 | 0.68% | 0.50% | 0.70% |
| Outside Commissions/Referrals | 623,811 | 52,203 | 10,584 | 1.15% | 0.23% | 0.06% |
| Other COGS | 10,134 | 10,303 | 35,344 | 0.02% | 0.05% | 0.21% |
| Total Cost of Goods Sold | 45,829,997 | 19,671,080 | 14,422,423 | 84.80% | 86.38% | 86.92% |
| **Gross Profit** | 8,212,831 | 3,101,240 | 2,171,205 | 15.20% | 13.62% | 13.08% |
| **Operating Expenses** | | | | | | |
| Advertising & Marketing | 1,092,672 | 426,245 | 527,215 | 2.02% | 1.87% | 3.18% |
| Automobiles | 24,479 | 23,362 | 73,977 | 0.05% | 0.10% | 0.45% |
| Computer Expense | 416,255 | 202,003 | 156,171 | 0.77% | 0.89% | 0.94% |
| Facilities & Overhead | 81,715 | 99,533 | 158,804 | 0.15% | 0.44% | 0.96% |
| Insurance | 17,602 | 5,910 | 26,710 | 0.03% | 0.03% | 0.16% |
| Communications | 100,768 | 47,252 | 58,785 | 0.19% | 0.21% | 0.35% |
| Professsional Services | 698,730 | 369,776 | 396,739 | 1.29% | 1.62% | 2.39% |
| Depreciation | | 20,065 | 13,408 | | 0.09% | 0.08% |
| Amortization | 40,446 | 82,266 | 264,674 | 0.07% | 0.36% | 1.60% |
| Office Supplies & Equip | 19,292 | 4,141 | 32,341 | 0.04% | 0.02% | 0.19% |
| Tax | 6,642 | 4,046 | 2,094 | 0.01% | 0.02% | 0.01% |
| G & A - Other | 354,442 | 138,148 | 333,759 | 0.66% | 0.61% | 2.01% |
| Wages & Benefits - Selling | | | | | | |
| Sales | 2,336,526 | 956,635 | 1,134,712 | 4.32% | 4.20% | 6.84% |
| Client Svcs & Experience | 460,594 | 256,608 | 301,708 | 0.85% | 1.13% | 1.82% |
| Sourcing | 520,335 | 211,867 | 208,527 | 0.96% | 0.93% | 1.26% |
| Total Selling Expenses | 3,317,455 | 1,425,110 | 1,644,947 | 6.14% | 6.26% | 9.91% |
| Wages & Benefits - Operating | | | | | | |
| G & A | 1,362,385 | 859,843 | 959,228 | 2.52% | 3.78% | 5.78% |
| Technology Services | 323,703 | 242,213 | 315,529 | 0.60% | 1.06% | 1.90% |
| Total Operating Wages & Benefits | 1,686,088 | 1,102,056 | 1,274,757 | 3.12% | 4.84% | 7.68% |
| Total Operating Expenses | 7,856,586 | 3,949,913 | 4,964,381 | 14.54% | 17.35% | 29.92% |
| **Operating Profit** | 356,245 | -848,673 | -2,793,176 | 0.66% | -3.73% | -16.83% |
| **Other Income/(Expense)** | | | | | | |
| Interest Expense | -4,082 | -5,754 | -248,390 | -0.01% | -0.03% | -1.50% |
| Other Income | 3,868 | 2,928 | 20 | 0.01% | 0.01% | 0.00% |
| Other Expense | -7,831 | | | -0.01% | | |
| Total Other Income/(Expense) | -8,045 | -2,826 | -248,370 | -0.01% | -0.01% | -1.50% |
| **Income Before Taxes** | 348,200 | -851,499 | -3,041,546 | 0.64% | -3.74% | -18.33% |
| Income Taxes | | | | | | |
| **Net Income/(Loss)** | 348,200 | -851,499 | -3,041,546 | 0.64% | -3.74% | -18.33% |



*Exhibit "E"*

### *Cost of Goods Sold*

CFG's cost of goods sold has decreased as a percentage of its gross revenues over the past three years. Cost of goods sold has declined from a high of 86.92% in 2019 down to 84.8% in 2021. Operator expenses comprise from 97.8% to 98.8% of the cost of goods sold. Outside commissions and referral fees paid have grown but still only comprise 1.15% of total revenues. Ancillary costs such as catering, deicing and including cancellation charges comprise well under one percent of costs. As a dollar amount, cost of goods sold has grown at a CAGR of 78.25% since 2019. In 2020 COGS was 36.4% higher than in 2019, and in 2021 was 132% higher than in 2020.

Since the cost of goods sold has declined, CFG's gross profit has increased as a percentage of gross revenue over the three year period. In 2019 it was 13.08% but grew at a CAGR of 42.83% in 2020 and at a rate of 94.5% in 2021. In fiscal year 2021, gross profit comprised 15.2% of total revenues.

### *Operating Expenses*

As a percentage of its gross revenues, CFG's operating expenses have declined steadily since 2019. In fiscal year 2019, its operating expenses comprised over 29.9% of revenues, but in 2021, that percentage was down to 14.54%, or just less than half the level it was in 2019. The Company's operating expenses have grown from just over $4.964 million in 2019 to just over $7.856 million in 2021 for a compound annual growth rate of 25.8%.

The most significant expense category has been the Company's sales wages and benefits. Including costs for sales personnel, aircraft sourcing and client services personnel, wages and benefits related to selling comprise 6.14% of the total revenue in 2021. As a percentage, this has decreased from over 9.9% in 2019.

The second largest expense category for the Company is operating wages and benefits. Operating wages and benefits include both administrative staff as well as the Company's technology department. In 2019 CFG's operating wages and benefits comprised just under 7.7% of revenue but this dropped as a percentage of revenue to 3.12% in 2021.

Advertising and marketing costs comprise just over 2.0% of the gross revenues of the Company, dropping from 3.18% in 2019, but rising from 1.87% in 2020. Dollarwise the amount has doubled since 2019.

Professional services are the next most significant expense category, comprising 1.29% of revenues in 2021, down from 2.39% in 2019 and 1.29% in 2020. Professional services include legal and accounting fees as well as outside website and software development.

On the financial statements we were provided with, depreciation had not yet been included for 2021. In 2019 it comprised 0.08% of revenue and in 2020 it comprised 0.09%. Amortization, however, has been included for 2021. As a percentage of income it dropped from 1.6% in 2019 to 0.36% in 2020 and 0.07% in 2021. As a dollar amount, the amount amortized in 2021 it was 15.3% as much as was amortized in 2019.

Other than general and operating expenses which comprised just over 2.0% in 2019, all other operating expenses have consistently comprised less than one percent of gross revenue and the overall trend is a reduction as a percentage of gross revenue.

Overall operating expenses have grown at a CAGR of just 25.8% since 2019, considerably slower than either the Company's revenues or gross profit, which have grown at a CAGR of 80.5% and 94.5% respectfully.

### Operating Profit/Loss

Since the fiscal year that ended December 31, 2019 CFG's operating profit has moved from the negative to the positive. At the end of 2019, the Company's expenses exceeded its income by over $3.04 million on gross revenues of just over $16.593 million. In 2020 the loss was $851,499 on gross revenues of $22.772 million. CFG's net pretax income in 2021 was $356,245 on gross income of $54,042,828. Over the three-year period

### Other Income and Expense

Other than in 2019 when the Company had $248,300 in interest expenses, interest expenses, other income and other expenses have been relatively insignificant, generally 0.01% or less.

### Net Income and Losses

The Company generated a profit for the first time in 2021, however it has been more profitable in each of the three years in the lookback period. CFG's profit is shown below in *Exhibit 4: Historic Profit Analysis*.

**Exhibit 4: Historic Profit Analysis**






*Exhibit "E"*

Over the period from 2019 to 2021, CFG's EBIT grew from -16.83% to +0.65% and EBITDA from -15.16% to +0.73% as illustrated below.

### Exhibit 5: Historic Margin Analysis

| | 2021 | 2020 | 2019 |
|---|---|---|---|
| Revenue | 100.00% | 100.00% | 100.00% |
| Cost of Goods Sold | 84.80% | 86.38% | 86.92% |
| Gross Profits | 15.20% | 13.62% | 13.08% |
| Operating Expense | 14.54% | 17.35% | 29.92% |
| Operating Profit | 0.66% | -3.73% | -16.83% |
| Other Income/(Expense) | -0.01% | -0.01% | -1.50% |
| Reported Pretax Income | 0.64% | -3.74% | -18.33% |
| Memo: Reported EBIT | 0.65% | -3.71% | -16.83% |
| Reported EBITDA | 0.73% | -3.26% | -15.16% |

### Statement of Cash Flows

We have prepared a summary unadjusted statement of cash flows, in order to gain more of an understanding of the Company's net working capital and cash flow in general. This historic summary statement of cash flows follows:

### Exhibit 6: Historic Summary Cash Flow Statements

| Fiscal Year Ended December 31 | 12/31/2021 | 12/31/2020 |
|---|---|---|
| **Cash Provided by (used for) Operations** | | |
| Net Income (Loss) | 348,200 | -851,499 |
| Plus Depreciation & Amortization | 40,446 | 102,331 |
| Plus Non Cash Expenses | 0 | 0 |
| (Increase)/Decrease in Accounts Receivable | -367,629 | -27,563 |
| (Increase)/Decrease in Inventory | 0 | 0 |
| (Increase)/Decrease in Other Current Assets | -1,741,882 | -1,280,283 |
| (Increase)/Decrease in Other Non-Current Assets | -37,490 | 7,271 |
| Increase/(Decrease) in Accounts Payable | 980,121 | 238,466 |
| Increase/(Decrease) in Other Current Liabilities | 1,779,696 | 138,470 |
| Increase/(Decrease) in Other Non-Current Liabilities | 0 | 0 |
| Total Cash Provided by (used for) Operations | 1,001,462 | -1,672,807 |
| **Cash Provided by (used for) Investing Activities** | | |
| (Increase)/Decrease in Net Fixed Assets | -70,297 | 623 |
| (Increase)/Decrease in Net Intangible | -476,905 | -14,999 |
| Total Cash Provided by (used for) Investing Activities | -547,202 | -14,376 |
| **Cash Provided by (used for) Financing Activities** | | |
| Net Additions to/(reductions in) Notes Payable | -364,292 | 1,887,271 |
| Net Investment in/(distribution of) Equity | -107,379 | -10,001 |
| Total Cash Provided by (used for) Financing Activities | -471,671 | 1,877,270 |
| **Total Increase/(Decrease) in Cash** | -17,411 | 190,087 |
| **Beginning Cash Balance** | 242,690 | 52,603 |
| **Ending Cash Balance** | 225,279 | 242,690 |

Overall, the Company's available cash has not changed significantly in the past year, but it is noteworthy that CFG has ended the year in with positive income, and more of its cash is coming from income. In 2021 current assets and current liabilities both rose a similar amount, but notes payable decreased whereas in 2020 they had risen significantly. The indication is a generally positive trend for the Company.

DRAFT

## Adjustments to Financial Statements

The value of a business often depends on the extent to which it generates earnings. Owners of private businesses however, have a fair amount of latitude as to how they report the financial operations of their business. Choices regarding accounting practices are frequently made based on the effect they have on paying income taxes. Some companies report their financial results on a cash basis where revenues are reported when received and expenses are recorded when they are paid; others employ an accrual basis, where revenues are recorded when earned and expenses are recorded when they are actually incurred.

Because there is latitude in how financial information is reported, adjustments are frequently needed before implementing selected valuation methods. These adjustments are often referred to as "*normalizing adjustments*." The purpose of making these normalizing adjustments is to provide the valuator with a set of financial statements that purport to represent a more economically realistic picture of the value of the assets and financial operating results of the business.

Most normalizing adjustments are estimates; some may be based on information provided by others, including appraisers of equipment or real property. In addition, most normalizing adjustments fall into one of the following three categories:

1. ***Comparability Adjustments*****:** These adjustments are made to a company's financial statements in order to make them more comparable to guideline companies, or companies within the industry group that were used in comparative ratio analysis. These adjustments can address differences between accounting practices that may differ from those typically used in an industry such as inventory or depreciation accounting methods.

2. ***Non-Operating/Nonrecurring Adjustments:*** Non-operating and nonrecurring expenses are typically removed from the income statement because they are either unrelated to the business or unlikely to recur in the future. Non-operating assets or liabilities are removed from the balance sheet so that a more appropriate value of the operating company may be determined. Non-operating assets or liabilities are then added back to or subtracted from the resulting computed value to arrive at the total equity value of the company. An example could be costs associated with discontinuing a portion of the business or property owned by the business but not utilized in the operation of the business.

3. ***Discretionary Adjustments:*** There are expenses that are under the sole discretion of management, or more typically, the owners of the business. They often include related party transactions and may include such expenses as the personal use of a company vehicle, officer's and owner's compensation, and entertainment expenses. For the most part, these adjustments are most appropriate when valuing the controlling share of a business, or the entire business.

## Balance Sheet Adjustments

As this valuation is of the entire Company, the valuator may make adjustments that represent changes to the balance sheet that could require control decisions. To normalize the balance sheet, the following adjustments have been made to the Company's balance sheet as at December 31, 2021.

1. ***Accounts Receivable:*** In the Company's accounts receivable is an amount of $6,008 which has been on the books of Jet Genius Holdings, Inc. for several years and management is of the opinion that this amount will not be collected. Accordingly, the amount of $6,008 was removed from the balance sheet.

2. ***Credit Cards:*** The Company's accounting staff have identified $37,571 in credit card charges that appear not to have been taken off the balance sheet, although statements for the credit card have not been located. The indication is that this card is no longer in existence and may have been paid off. We have removed the amount of $37,571 from the balance sheet as it is likely this has already been paid.

3. ***Payroll Protection Plan Loan:*** The Company received $572,000 in payroll protection plan funds in 2020. This amount will be forgiven. Accordingly $572,000 has been removed from the short term notes payable line on the balance sheet.

No other normalizing adjustments were made to the Company's balance sheet to determine the normalized operating tangible equity. The adjustments discussed above are presented below in *Exhibit 7: Normalized Adjusted Summary Balance Sheet*:

DRAFT

### Exhibit 7: Normalized Adjusted Summary Balance Sheet

| | Adjusted Year Ended December 31, 2021 |
|---|---|
| **ASSETS** | |
| Cash | 225,279 |
| Accounts Receivable | 465,050 |
| Other Current | 5,391,068 |
| Total Current Assets | 6,081,397 |
| Fixed Assets | 92,523 |
| Net Intangible | 534,823 |
| Other Non-Current | 41,290 |
| **Total Assets** | 6,750,033 |
| **LIABILITIES & EQUITY** | |
| Accounts Payable | 2,621,959 |
| Short Term Notes Payable | 5,156,943 |
| Other Current Liabilities | 4,588,882 |
| Total Current Liabilities | 12,367,784 |
| Total Liabilities | 12,367,784 |
| Total Equity | -5,617,751 |
| **Total Liabilities & Equity** | 6,750,033 |

## Income Statement Adjustments

As this valuation is of the entire Company, the valuator may make adjustments that represent changes to the income that could require control decisions, but will normalize the income and expense categories. After reviewing the financial statements it was determined that for this valuation no normalizing adjustments were necessary. For reference, the summary income statement is presented below:

### Exhibit 8: Summary Income Statements

| **Fiscal Year Ending** | **12/31/2021** | **12/31/2020** | **12/31/2019** |
|---|---|---|---|
| Revenue | 54,042,828 | 22,772,320 | 16,593,628 |
| Cost of Goods Sold | 45,829,997 | 19,671,080 | 14,422,423 |
| Gross Profit | 8,212,831 | 3,101,240 | 2,171,205 |
| Operating Expenses | 7,856,586 | 3,949,913 | 4,964,381 |
| Operating Profit | 356,245 | -848,673 | -2,793,176 |
| Other Income/(Expense) | -8,045 | -2,826 | -248,370 |
| Income Before Taxes | 348,200 | -851,499 | -3,041,546 |
| MEMO: | | | |
| Interest | 4,082 | 5,754 | 248,390 |
| Depreciation and Amortization | 40,446 | 102,331 | 278,082 |



DRAFT

## Valuation Methodology

The choice of the appropriate valuation approach (or approaches) to be used in a given valuation is based on the judgment of the valuator. The valuator's choice of methods is determined by many factors including the characteristics of the business to be valued, the purpose and use of the valuation and its report, the pattern of historical performance and earnings of the subject company, the company's competitive market position, the experience and quality of the management, the availability of reliable information needed to apply the various valuation methods, the marketability of the equity ownership to be valued, among others. These factors are embraced by Internal Revenue Services' Revenue Ruling 59-60, which outlines relevant considerations when determining the value of a closely held business and states "*that a sound valuation will be based on all relevant facts, but the elements common sense, informed judgment, and reasonableness must enter into the process of weighting those facts and determining their aggregate significance.*"

The fair market value of specific shares of stock in an unlisted corporation will vary as general economic conditions change and can be affected by more local factors. Uncertainty as to the stability or continuity of the future income from the business decreases its value by increasing the risk of loss in the future. The judgment must be related to all of the factors affecting the value.

No single formula is acceptable for determining the fair market value of a closely-held business, and therefore, the appraiser must look to all relevant factors in order to establish the fair market value of the business as of a given date.

In this valuation, all three of the traditional approaches to value were considered: the Asset Approach, the Income Approach and the Market Approach. Within each of these general approaches are a number of methodologies that may be employed, but not all are applicable to the valuation of CFG For the purposes of the valuation, the Company's normalized (adjusted) financial statements have been used.

Asset approaches are based on the assumption that the value of a company lies in its assets. CFG is not an asset-heavy company since it primarily provides a service. Accordingly the fair market value of the Company is based in its assets. The Company has developed technology and systems which enhance its ability to provide air charter brokerage services, but focusing on that aspect does not entirely take into account the value that has been built up in the business as an ongoing entity and also to rely solely on this approach would require more specific asset appraisals which was not undertaken as part of the mandate of this valuation.

We considered a number of income approaches in valuing CFG. CFG has moved its headquarters across the country and has grown rapidly over the past three years through both acquisitions and market development. In our opinion valuing the Company based on its historical performance is not a good indicator of its value since it has been in a development stage and only just reached a point where its net revenues are positive. Additionally the Company's management has not prepared financial projections upon which to base a valuation.

The third approach to valuation is the market approach. Given the stage of growth that CFG is currently at, including developing technology-enabled solutions that facilitate air charter brokering and expanding its market base and internal structures, further analysis indicated that a market approach would be most accurate in valuing the Company.

With any method employed certain adjustments are also required. The following discusses the methodology and adjustments we employed in our valuation of CFG.

## Market Approach – M & A Comps

Guideline transaction companies are companies that provide a reasonable basis for comparison to the relevant characteristics of the company being valued under the presumption that a similar price would be obtained. This is also known as the principle of substitution. Since the pricing multiples of the guideline transactions are known, those multiples are used to develop an indicated value. These pricing multiples may have different bases, such as earnings, book value, earnings before interest and taxes (EBIT), and earnings before interest taxes depreciation and amortization (EBITDA).

We undertook a search for companies that had similar characteristics as CFG in a number of databases and through general research. Our research led us to select transactions in the ValuSource M&A Comps database for transactions involving privately held and publicly traded guideline companies. The ValuSource M&A Comps database is a study of transactions involving publicly traded and privately held businesses with annual sales typically between $1 million and $250 million, with its data derived from public 8-K filings. Although CFG operates within the world of private aviation, it is somewhat unique in that its key driver is its proprietary software and technology which enables it to serve its end clients more efficiently. This efficiency has facilitated the ability of the Company's revenues to grow so rapidly. Considering this characteristic, we undertook a search for companies that provided a similar benefit within its own industry sector.

Specifically within the private aviation sector there is really no available directly comparable data for CFG. Wheels Up was the first private aviation company to go public and it just happened in the summer of 2021, however it is much larger than CFG, owns and operates aircraft, and is considerably more diversified within the private aviation sector.

A recent transaction that could considered as a comparable was the acquisition of Molo Solutions, LLC by ArcBest Corporation in November 2021. Molo Solutions is a truckload broker that reportedly generated approximately $274 million in gross revenue in 2020 and was expected to reach sales of $600 million in 2021. At the time this valuation was underway, Molo's specific financial results were unavailable and accordingly, we were unable to use it as a comparable.

We screened further in the M&A Comps database through the use of key words and phrases that are unique to and describe the Company's operations. We also considered other possible companies mentioned by management or discovered in other research that we undertook. In the end, further analysis of the remaining companies in terms of operating, financial, geographical,





DRAFT

industry, technical and/or market characteristics to ensure that the guideline companies are reasonable for inclusion in the guideline company group. We identified three companies that were most comparable at the time of their respective funding rounds to be applicable. The companies that were included in the guideline company group each had negative net income approaching profitability but substantial and growing top line revenues. These three were Rocket Fuel Inc., Kenexa, and Qlik Technologies Inc. One of the key factors that led to the selection of these three firms is that all three provide technology-enabled solutions within their industry segments. These solutions all serve to facilitate operations resulting in maximizing the effectiveness of those using the systems in a conceptually similar manner to that of CFG. CFG is also operating in a rapidly expanding private air charter market.

Specifics related to the transactions of the three guideline companies are as follows:

### Exhibit 9: M & A Comps Data

| Company | Date | $MM Enterprise Value | $MM Equity Value | $MM Revenue | $MM EBITDA | $MM EBIT | $MM Net Income | $MM Book Value |
|---|---|---|---|---|---|---|---|---|
| Rocket Fuel Inc. | 09/06/17 | 143 | 120 | 447 | 2 | -48 | -67 | 68 |
| Kenexa | 12/03/12 | 1,351 | 1,351 | 318 | 39 | 1 | -4 | 231 |
| Qlik Technologies, Inc. | 08/29/16 | 2,480 | 2,850 | 631 | 4 | -12 | -33 | 350 |

The resulting multiples are as follows:

### Exhibit 10: M & A Comps Multiples

| Company | Enterprise Value to Revenue | Enterprise Value to EBITDA | Enterprise Value to EBIT | Equity Value to Net Income | Equity Value to Book Value |
|---|---|---|---|---|---|
| Rocket Fuel Inc. | 0.3x | 92.6x | -3.0x | -1.8x | 1.8x |
| Kenexa | 4.2x | 34.5x | 1226.0x | -315.8x | 5.9x |
| Qlik Technologies, Inc. | 3.9x | 647.4x | -200.5x | -85.9x | 8.1x |
| Calculated Mean | 2.8x | 258.2x | 340.8x | -134.5x | 5.3x |
| Calculated Median | 3.9x | 92.6x | -3.0x | -85.9x | 5.9x |
| SELECTED MEDIAN | 2.8x | 258.2x | 340.8x | -134.5x | 5.3x |

The enterprise value to revenue multiples averaged 2.8x and the median was 3.9x. The selected enterprise value to revenue multiple was 2.8x.

The enterprise value to EBITDA multiples averaged 258.2x and the median was 92.6x. The selected enterprise value to EBITDA multiple was 258.2x.

The enterprise value to EBIT multiples averaged 340.8x and the median was -3.0x. The selected enterprise value to EBIT multiple was 340.8x.

The equity value to earnings multiples averaged -134.5x and the median was -85.9x. The selected equity value to earnings ratio was -134.5x.



DRAFT

The equity value to book multiples averaged 5.3x and the median was 5.9x. The selected equity value to book multiple was 5.3x.

Next, we determined the base values for CFG upon which to apply these multiples.

### *Estimate of Revenue Base*

The analysis presented below represents the calculation of the revenue base.

## Exhibit 11: Calculation of Revenue Base

| Year Ended | 12/31/2021 | 12/31/2020 | 12/31/2019 |
|---|---|---|---|
| Adjusted Revenue | 54,042,828 | 22,772,320 | 16,593,628 |
| Weight On Revenue | 2 | 2 | 1 |
| Use weight | 2 | 2 | 1 |
| Weight x Value | 108,085,656 | 45,544,640 | 16,593,628 |
| Ongoing Revenue | 34,044,785 | | |
| SELECTED ONGOING REVENUE BASE | 34,044,800 | | |

Since the Company moved its operations from California to Florida in 2019, the weighting above was performed to reflect the more aggressive revenue building that took place once they were moved, but still give weight to the realities of expanding the Company. The ongoing revenue base was calculated as $34,044,785 and was rounded to $34,044,800.

### *Estimate of EBITDA Base*

The analysis presented below represents the calculation of the earnings before interest, taxes, depreciation and amortization.

## Exhibit 12: Calculation of EBITDA Base

| **Fiscal Year Ended** | 12/31/2021 | 12/31/2020 | 12/31/2019 |
|---|---|---|---|
| Adjusted Pre Tax Income | 348,200 | -851,499 | -3,041,546 |
| Interest | 4,082 | 5,754 | 248,390 |
| Depreciation and Amortization | 40,446 | 102,331 | 278,082 |
| Other Non-Cash Expenses | 0 | 0 | 0 |
| EBITDA | 392,728 | -743,414 | -2,515,074 |
| Weight On EBITDA Base | 1 | 0 | 0 |
| Ongoing EBITDA Base | 392,728 | | |
| SELECTED ONGOING EBITDA BASE | 392,700 | | |

The weighting above was performed because in 2021 the Company achieved positive pre-tax income and based on its current revenue, cost of goods sold and operating expense trends as well as factors affecting the private air charter market in which CFG operates, indications are that this will continue to be the case. The ongoing EBITDA base was calculated as $392,728 and was rounded to $392,700.

### *Estimate of EBIT Base*

The analysis presented below represents the calculation of the earnings before interest, and taxes.

**Exhibit 13: Calculation of EBIT Base**

| Fiscal Year Ended | 12/31/2021 | 12/31/2020 | 12/31/2019 |
|---|---|---|---|
| Adjusted Pre Tax Income | 348,200 | -851,499 | -3,041,546 |
| Interest | 4,082 | 5,754 | 248,390 |
| EBIT | 352,282 | -845,745 | -2,973,156 |
| Weight On EBIT Base | 1 | 0 | 0 |
| Ongoing EBIT Base | 352,282 | | |
| SELECTED ONGOING EBIT BASE | 352,300 | | |

The weighting above was performed because in 2021 the Company achieved positive pre-tax income and based on its current revenue, cost of goods sold and operating expense trends indications are that this will continue to be the case. The ongoing EBITDA base was calculated as $352,282 and was rounded to $352,300.

### *Estimate of Net Income Base*

The analysis presented below represents the calculation of the net income base.

**Exhibit 14: Calculation of Net Income Base**

| Fiscal Year Ended | 12/31/2021 | 12/31/2020 | 12/31/2019 |
|---|---|---|---|
| Adjusted | | | |
| Adjusted Pretax Income | 348,200 | -851,499 | -3,041,546 |
| Weight | 1 | 0 | 0 |
| Ongoing Earning Power | 348,200 | | |
| Taxable Base | 348,200 | | |
| Less Estimated State Income Taxes - Effective Rate: | 3.50% | | |
| Before Federal Taxes | 336,013 | | |
| Less Federal Taxes | 70,563 | | |
| Calculated Ongoing | 265,450 | | |
| SELECTED ONGOING INCOME BASE | 265,500 | | |

The weighting above was performed because the Company is now earning positive net income and based on its current revenue, cost of goods sold and operating expense trends indications are that this will continue to be the case. The ongoing net income base was calculated as $265,450 and was rounded to $265,500.

### *Estimate of the Book Value Base*

The analysis presented below represents the calculation of the book value base.

**Exhibit 15: Calculation of Book Value Base**

| Fiscal Year Ended | 12/31/2021 | 12/31/2020 | 12/31/2019 |
|---|---|---|---|
| Adjusted Book Value | -5,617,751 | -6,468,143 | -5,600,635 |
| Weight | 1 | 0 | 0 |
| Ongoing Earning Power | -5,617,751 | | |
| Ongoing Book Value | -5,617,751 | | |
| SELECTED ONGOING BOOK VALUE BASE | -5,617,800 | | |

The weighting above was performed because only the current year's book value is actually relevant for the Company at the Valuation Date. Notably is nearly the same as it was in 2019. The selected ongoing book value base was calculated as $-5,617,751 and was rounded to -$5,617,800.

### *Indicated Value Calculation*

Each of the market data ValuSource M&A Comps ratios were weighted. The following schedule presents the indications of value using the market data ValuSource M&A Comps multiples.

**Exhibit 16: ValuSource M&A Comps Indicated Value**

| | Enterprise Revenue Multiple | Enterprise EBITDA Multiple | Enterprise EBIT Multiple | Equity Earnings Multiple | Equity Book Value Multiple |
|---|---|---|---|---|---|
| Base | 37,377,800 | 392,700 | 352,300 | 265,500 | -5,617,800 |
| Multiple | 2.8x | 258.2x | 340.8x | -134.5x | 5.3x |
| Subtotal | 105,929,931 | 101,386,056 | 120,074,785 | -35,704,909 | -29,520,790 |
| Cash | 225,279 | 225,279 | 225,279 | | |
| Debt | 0 | 0 | 0 | | |
| Subtotal | 106,155,210 | 101,611,335 | 120,300,064 | -35,704,909 | -29,520,790 |
| Weight | 2 | 2 | 1.5 | 0.5 | 0.5 |
| Indicated Equity Value | 87,545,395 | | | | |
| **SELECTED EQUITY VALUE** | **87,545,400** | | | | |



*Exhibit "E"*

Both the equity earnings multiple and the equity book value multiples produced negative numbers, and given the characteristics of the Company, it does have positive value. Nevertheless it has operated in the red for several years and accordingly, the negative results were taken into consideration. The enterprise revenue and enterprise EBITDA multiples both resulted in values in a similar range to each other. The enterprise EBIT multiple was somewhat higher and indicates potential.

Applying each of these weightings the calculated indicated value of the Company is $87,545,395, which has been rounded to $87,545,400.

## Valuation Adjustments

In determining the value of a business, it is important for the valuator to assess the investment characteristics of the specific equity investment. No matter which valuation approach and method are applied, various risks must be considered beyond those that are built in to the initial indicated value. These risks can be applied in the form of a discount or a premium, depending on the characteristics of the investment. Essentially, these discounts and premiums are the “fallout” of using “less-than-perfect” market data to measure value.[2]

There are adjustments that can be made for a wide range of factors that specifically affect the value of an interest. Most are not directly applicable in every valuation assignment. Some of the more common adjustments are:

- Control premium or lack of control discount;
- Lack of marketability discount;
- Key person / thin management discount;
- Market absorption and blockage discounts;
- Investment company discount;
- Discount for lack of diversification;
- Non-homogenous assets discount;
- Restrictive agreement discount;
- Small company risk discount;
- Specific company risk discount;
- Built-in gains discount; and
- Liquidation costs discount.

Among these are certain discounts that are built into valuation approaches. For example, an approach that uses a capitalization or discount rate such as the capitalization of earnings method or discounted cash flow method may already take into account specific company risks. Additionally, some of these discounts can be included together with others. For example, several of the discounts can be included as part of the discount for lack of marketability.

[2] Blotsky, Michael, “Foreword”, *Business Valuation Discounts and Premiums*, Shannon Pratt, 2001, p. xxi.



DRAFT

Reviewing the percentage ownership of CFG being valued (100%), and the characteristics of the Company, we determined that a discount for a lack of marketability is most appropriate. Private aviation is a unique industry with regulatory, macroeconomic and other factors that can rapidly affect the market for companies and their attractiveness to investors. Accordingly, in determining the fair market value, marketability must be considered.

**Adjustment for Lack of Marketability**

In 1962, in *Central Trust Co. v. United States*, the Court of Claims stated, "*It seems clear, however, that an unlisted closely held stock of a corporation, in which trading is infrequent and which therefore lacks marketability, is less attractive than a similar stock which is listed on an exchange and has ready access to the investing public*."[3]

Fifteen years later, the IRS published Revenue Ruling 77-287 which stated, "*Whether the shares are privately held or publicly traded affects the worth of the shares to the holder. Securities traded on a public market generally are worth more to investors than those that are not traded on a public market.*"[4]

These are only two of the court cases and IRS Revenue Rulings that point to the validity of applying a discount for lack of marketability to the value of the stock of a company that is not publicly traded. The discount for lack of marketability, or "DLOM" as it is frequently referred to, is intended to equalize an investment in a closely held stock that lacks liquidity, compared with a publicly traded stock that can be easily liquidated on the public stock market. There are a number of factors that may add or detract from the level of discount that a DLOM should incorporate. Some of the factors that could increase the discount include restrictions on transfers, little or no dividends, limited access to financial information, or little prospect of either a public offering or a sale of the company. Some factors that could reduce a discount for lack of marketability include a limited market that might be interested in acquiring the shares, high dividend payouts, or an imminent public offering or sale of the company. Additionally there are other factors that could either increase or decrease the discount.

To provide some measure that could be used as a starting guideline, a number of studies have been undertaken. These studies, which fall into two categories, can assist valuators with quantifying a DLOM. The two categories are restricted stock studies and pre-IPO studies.

***Empirical Studies***

Guidance as to the proper level of the discount can be found in examining studies which have approached the question from several different perspectives. One approach is to analyze the differences in prices between publicly traded securities and those of restricted stocks of the same companies. Since a "lettered" stock is identical to the traded stock in all respects except

[3] *Central Trust Co. v. United States,* 305 F 2d 292 (Ct. Cl. 1962).
[4] IRS Rev. Ruling 77-287, 1977-2 C.B. 319 Section 6.04.



*Exhibit "E"*

marketability, the difference in price highlights the marketability discount. Among the more prominent studies are the following:

1. "Discounts Involved in Purchases of Common Stock," in US 92nd Congress, 1st Session, House, *Institutional Investor Study Report of the Securities and Exchange Commission* (Washington, DC: US Government Printing Office,, March 10, 1971, 5:2444-2456, Document No., 92-64, Part 5);

2. A study of closed end investment funds (Milton Gelman, "An Economist-Financial Analyst's Approach to Valuing Stock of a Closely Held Company," *Journal of Taxation* (June 1972), p. 354);

3. A study of prices paid for restricted stocks (Robert E. Maroney, "Most Courts Overvalue Closely Held Stocks," *Taxes*, March 1973, pp. 144-154);

4. A study of prices paid for restricted stocks (J. Michael Maher, "Discounts for Lack of Marketability for Closely Held Business Interests," *Taxes*, September 1976, pp. 562-571); and

5. A more recent study of restricted stocks (William L. Silber, "Discounts on Restricted Stock: The Impact of Illiquidity on Stock Prices," *Financial Analysts Journal*, July/August 1991, pp. 62-64.

All of these studies identified median or average discounts in the range of 30-40% for prices of non-marketable shares, which were otherwise deemed comparable. The SEC Institutional Investor study reflected a mean discount of 25.8% while the remainder had average discounts in the range of 33-35%.

A second approach is to analyze the relationship between the prices of companies whose shares were initially offered to the public (IPO) and the prices at which their shares traded privately within a five-month period immediately preceding the public offering. A series of studies conducted by John D. Emory at Robert W. Baird & Co., Inc. indicate median and mean lack of marketability discounts of 40% to 45%.[5]

The objective of the Emory studies is to relate the prices at which private transactions took place before an IPO and the price at which the stock was subsequently offered to the public, in order to gauge objectively the value of marketability. The majority of the companies in the survey reflected discounts exceeding 30%. The highest discounts indicated in the sample were 82% and 94%.

The implication of the studies is clear: presumably arm's length transactions taking place within a short time of the actual IPOs occur at substantial discounts to the ultimate public offering price. These studies support both the validity and magnitude of marketability discounts in general, and

[5] Emory, John D., "The Value of Marketability as Illustrated in Initial Public Offerings of Common Stock, February 1992 through July 1993," *Business Valuation Review*, December 1993, pp. 3-5.



DRAFT

particularly for companies that are not public offering candidates and for which the prospects for shareholder liquidity may be remote.

### *Pluris DLOM Studies*

The Pluris DLOM Database™ consists of private investment in private equity ("PIPE") transactions that have occurred since 2001. The data, which at the time of this writing includes over 4,484 transactions, is world's largest database containing actual transactions in private placements and restricted stock. The acronym "DLOM" stands for Discount for Lack Of Marketability. As DLOM implies a lack of access to public markets and these transactions are considered restricted stock transactions, the transactions can be used as a substitute for a discount for lack of marketability. The strength of this methodology is that the study is customized to the unique characteristics of the subject company, CFG.

The majority of restricted stock studies that have been published were undertaken over two decades ago. While the theory behind the studies has not changed, there is a general preference both on the part of the courts and of investors for more recent data. Accordingly, in selecting transactions within Pluris DLOM Database™ with which to compare CFG, the following parameters were applied:

- Annual revenues ranging between $20 million and $100 million;
- Penny stocks were excluded;
- Pink sheet stocks were excluded
- Large GAP stocks were excluded;
- Low volume stocks were excluded;
- Deals with warrants were excluded; and
- The range of issue dates selected was up to December 31, 2021, the Valuation Date.

The first step in calculating the DLOM is to segregate the transactions into quartiles and then compare that to the characteristics of the Subject Company. These characteristics are assets, revenues, EBITDA, net income/loss, profit margin, book value of equity, enterprise value (not applicable for companies with no traded shares) and market to book value (also not applicable for companies with no traded shares). Each characteristic is then compared to the quartile value of the selected population and the entire data set. These two different methods are then weighted together. Using these two methods, the data is drilled down to find the best value for the Subject Company. On the following page, *Exhibit 17: Restricted Stock Equivalent Discount* shows the numbers for this first method as applied to CFG.

### Exhibit 17: Restricted Stock Equivalent Discount – Selected Data

**Method #1: Analysis of Data Download** — **Count 479**

**Lack of Marketability Analysis: Restricted Stock Equivalent Discount**

| Valuation Parameters | Subject Company Traits | Data Quartile/Grouping | Indication Median | Weight |
|---|---|---|---|---|
| Total Assets ($) | 6,750,033 | 4Q | 15.1% | 1.00 |
| Total Revenues ($) | 54,042,828 | 3Q | 9.4% | 2.00 |
| EBITDA ($) | 392,728 | 4Q | 10.3% | 2.00 |
| Net Income/ (Loss) ($) | 275,078 | 3Q | 10.9% | 2.00 |
| Net Profit Margin | 0.51% | 3Q | 11.0% | 1.00 |
| Equity (Book Value) ($) | -3,457,986 | 4Q | 13.9% | 2.00 |
| Enterprise Value | -- | 4Q | 13.0% | 0.00 |
| Market-to-Book Value | -- | 4Q | 4.8% | 0.00 |
| **Method 1 Indicated Restricted Stock Equivalent Discount** | | | 11.5% | |

The second part of the model is to compare CFG to the quartiles of the entire database, excluding penny stocks, Pink Sheet stocks, issues where the time between the issue date and the first announcement exceeds 90 days, large gap transactions and stocks with low trading volumes. These transactions are excluded due to their tendency to skew the results, as there are a large number of outliers. *Exhibit 18: Restricted Stock Equivalent Discount – Entire Database* (less those excluded) for the second method is illustrated below.

### Exhibit 18: Restricted Stock Equivalent Discount – Entire Database

**Method #2: Analysis of Entire Database** — **Count 2897**

**Lack of Marketability Analysis: Restricted Stock Equivalent Discount**

| Valuation Parameters | Subject Company Traits | Data Quartile Grouping | Indication Median | Weight |
|---|---|---|---|---|
| Total Assets ($) | 6,750,033 | 4Q | 31.3% | 1.00 |
| Total Revenues ($) | 54,042,828 | 3Q | 20.0% | 2.00 |
| EBITDA ($) | 392,728 | 3Q | 21.9% | 2.00 |
| Net Income/ (Loss) ($) | 275,078 | 2Q | 23.1% | 2.00 |
| Net Profit Margin | 0 | 3Q | 15.0% | 2.00 |
| Equity (Book Value) ($) | -5,617,751 | 4Q | 29.0% | 1.00 |
| Enterprise Value | - | 4Q | 23.0% | 0.00 |
| Market-to-Book Value | - | 4Q | 9.0% | 0.00 |
| **Meth 2 Indicated Restricted Stock Equivalent Discount (RSED)** | | | 22.0% | |

The next exhibit reconciles the two methods together as illustrated below.

### Exhibit 19: Reconciliation of RESD Methods

| | | Weight |
|---|---|---|
| Concluded Restricted Stock Equivalent Discount (RESD) - Data Download | 11.5% | 1.00 |
| Concluded Restricted Stock Equivalent Discount (RESD) - Entire Database | 22.0% | 1.00 |
| Indicated Restricted Stock Equivalent Discount (RESD) | 16.8% | |
| **Concluded Restricted Stock Equivalent Discount (RESD)** | **16.8%** | |

At this point, the RSED has been determined. Because PIPE (private investment in public equity) transactions do have a public market, albeit very small, and small companies do not, an additional amount known as the private equity discount increment ("PEDI") is added to the RSED to determine the DLOM. The PEDI is derived by taking large block transactions and comparing those to the entire data set.

The additional amounts for the large blocks range from 6.9% to 8.5% higher than the whole data set or if you were to take a ratio then they would be 1.4x to 1.6x times higher than the whole data set. These large block transactions are more similar to the equity being valued here so an average is added incrementally to the RSED based on the higher discounts. The following schedule shows the calculated DLOM or RSED plus the calculated PEDI.

### Exhibit 20: PEDI & Pluris DLOM

**Private Equity Discount Increment**

**Concluded RSED** 16.8%

| | Multiplicative | | |
|---|---|---|---|
| Additive | 6.9% | 8.5% | 7% |
| | 8.3% | 10.0% | 10% |
| | 1.4x | 1.6x | |

| | |
|---|---|
| **Indicated Private Equity Discount Increment (PEDI)** | 8.5% |
| **Concluded Private Equity Discount Increment (PEDI)** | **8.5%** |

**Marketability Discount**

| | |
|---|---|
| **Indicated Pluris DLOM** | 25.3% |
| **Concluded Pluris DLOM** | **25.3%** |

### *The Mandelbaum Factor*

The US Tax Court recognizes restricted stock and pre-IPO studies,[6] but several landmark decisions have made it clear that the Courts do not blindly accept these benchmark values without further support and justification. Consequently, while the various restricted stock studies and pre-IPO studies provide an initial starting point for discounts on lack of marketability, there are many factors that must still be considered before selecting a suitable discount value.

A 1995 case before the US Tax Court, Mandelbaum v. Commissioner, is one of the most important cases in business valuation addressing the subject of lack of marketability discounts.[7] The case isolated the size of the DLOM as its only substantial issue. The Court had used restricted stock and pre-IPO study discount indications as a starting point, but the Judge, Judge Laro, gave little weight to these studies alone. An important distinction was made in this case: discounts must be considered that willing sellers would accept in addition to those that willing buyers would demand.

The Mandelbaum v. Commissioner case established a "scorecard" of nine factors to be considered in relation to developing a discount for lack of marketability. This case was affirmed in 1996 and the case of Estate of Kaufmann v. Commissioner, which Judge Laro also decided embraced the nine factors under Mandelbaum. These cases and others established that information based on restricted stock and IPO transactions alone cannot be used without considering other factors in developing a DLOM.

We used the 25.3% marketability discount concluded from our analysis of the Pluris DLOM data as a suitable starting point for developing the appropriate discount for lack of marketability for CFG. From this starting point, the "Mandelbaum factors" were applied to CFG in order to develop the specific DLOM for the Company. The process is illustrated below.

[6] *Estate of Gallo v. Commissioner*, T.C. Memo 1985-363 (1985), pre-IPO studies were used as the basis for lack of marketability discount and the Court ended up accepting a DLOM of 36%, the highest DLOM accepted by any court up until that time. Similar data for a later period resulted in acceptance by the Tax Court of a 36% DLOM in the case *of Estate of Hall v. Commissioner*, 92 T.C. 312 (1989).
[7] *Mandelbaum v. Commissioner*, T.C. Memo 1995-255, aff;d. 91F3d 124 (3 Cir. 1996).

### Exhibit 21: DLOM: Mandelbaum Factor

| *Mandelbaum Factor Development* | Affect on DLOM | | 25.30% | **Comments** |
|---|---|---|---|---|
| | Reduce | Increase | | |
| **Financial Statement Analysis** | ✓ | | -0.50% | *Actively increasing mangement of finances and tightening financial controls* |
| **Dividend Policy** | | ✓ | 2.00% | *Current equity position is negative* |
| **Company History, Position and Outlook** | ✓ | | -3.00% | *Very positive outlook, good growth in a growing industry sector, technology enhanced systems* |
| **Management** | ✓ | | -1.00% | *Aggressive management actively building qualified managerial and support team* |
| **Control Inherent in Transferred Share** | neutral | | 0.00% | *Entire company being valued* |
| **Transfer Restrictions** | neutral | | 0.00% | *None* |
| **Holding Period** | neutral | | 0.00% | *No holding period requirement* |
| **Redemption Policy** | neutral | | 0.00% | *No specific redemption policy in place* |
| **Public Offering Costs** | | ✓ | 0.50% | *Full costs of going public (no current plans or steps taken)* |
| ***Discount for Lack of Marketability*** | | | **23.30%** | |

Using pre-IPO and stock studies as a base and considering the various Mandelbaum Factors, we have selected a marketability discount of 23.30% as applicable to CFG.

## Application of Valuation Adjustment

The discount for lack of marketability was applied to the value of CFG as indicated by the methodology which was utilized, the M & A Comparables Method. The computation is exhibited below:

### Exhibit 22: Application of DLOM

| **M & A Comparables Method** | |
|---|---|
| Ongoing Value | $ 87,545,400 |
| Marketability Discount | 23.80% |
| Indicated Equity Value | $ 66,709,595 |
| **SELECTED EQUITY VALUE** | **$ 66,710,000** |

The indicated value of the combined operations of Jet Genius Holding, Inc., Jet Genius Florida Holdings, Inc. and Jet Agency, LLC at December 31, 2021 after applying the discount for marketability is $66,709,595. This amount is rounded to $66,710,000.

**Rounded Indicated Value $66,710,000**



*Exhibit "E"*

DRAFT

## Conclusion of Value

We have performed a valuation engagement, as the term is defined in the Professional Standards of the National Association of Certified Valuators and Analysts, of 100% of Jet Genius Holdings, Inc., Jet Genius Florida Holdings, Inc., Jet Agency, LLC This valuation was performed solely to assist with establishing a value with respect to potential investment(s) in the business; the resulting conclusion of value should not be used for any other purpose. The estimate of value that results from a valuation engagement is expressed as a conclusion of value.

**Based on our analysis as described in this Valuation Report, the estimate of value of 100% of the shares of the stock of Jet Genius Holdings, Inc., Jet Genius Florida Holdings, Inc., Jet Agency, LLC at December 31, 2021 is $66,710,000**.

This conclusion is subject to the Statement of Assumptions and Limiting Conditions found in Appendix B and to the Valuation Analyst's Representation found in Appendix A. We have no obligation to update this report or our conclusion of value for information that comes to our attention after the date of this report.

March 28, 2022

Lillian M. Tamm, CVA
President
Avicor Aviation Inc.

DRAFT



*Exhibit "E"*

## Appendix

DRAFT

## Appendix A - Valuation Representations and Certification

Avicor Aviation Inc. was retained to provide a fair market valuation of Jet Genius Holdings, Inc., Jet Genius Florida Holdings, Inc., Jet Agency, LLC as a going concern with respect to potential investment(s) in the business.

Avicor Aviation Inc. was established in 1987 and incorporated in 1994 to provide aviation businesses with analytical, managerial and operational services, including appraisals of aviation businesses. Management and staff of Avicor are experienced in many facets of aviation and apply the respective knowledge, including market values of aviation equipment and businesses, and understanding of the various aspects of the industry directly to each appraisal project.

The valuation of Jet Genius Holdings, Inc., Jet Genius Florida Holdings, Inc., Jet Agency, LLC was carried out by Lillian M. Tamm, president of Avicor. Accordingly, for Avicor Aviation, Ms. Tamm certifies that:

- The statements and opinions expressed in this report are correct to the best of her knowledge and belief, subject to the assumptions and conditions stated herein;
- The engagement to perform this valuation and compensation therefore, are independent of the value reported;
- Avicor, its management and/or employees have no present or contemplated future interest in the business valued or assets appraised;
- Lillian M. Tamm is a Certified Valuation Analyst;
- This appraisal has been performed in accordance with the Professional Standards of the National Association of Certified Valuators and Analysts;
- The analyses opinions and conclusions of value included in this report are subject to the specified assumptions, limiting conditions herein (see Appendix B), and it is the opinion of Lillian M. Tamm that the value of the Subject Business is as stated in this report; and
- Neither Avicor nor Lillian M. Tamm has any obligation to update the report or the opinion of value for information that comes to their or her attention after the date of the report.

**Avicor Aviation Inc.**

Lillian M. Tamm, CVA
President
March 28, 2022

## Appendix B – Limiting Conditions

1. The conclusion of value arrived at herein is valid only for the stated purpose as of the date of the valuation.

2. Financial statements and other related information provided by Jet Genius Holdings, Inc., Jet Genius Florida Holdings, Inc., Jet Agency, LLC or its representatives, in the course of this engagement, have been accepted without any verification as fully and correctly reflecting the Company's business conditions and operating results for the respective periods, except as specifically noted herein. Avicor Aviation Inc. has not audited, reviewed, or compiled the financial information provided to us and, accordingly, we express no audit opinion or any other form of assurance on this information.

3. Public information and industry and statistical information have been obtained from sources we believe to be reliable. However, we make no representation as to the accuracy or completeness of such information and have performed no procedures to corroborate the information.

4. We do not provide assurance on the achievability of any results forecasted by Jet Genius Holdings, Inc., Jet Genius Florida Holdings, Inc., Jet Agency, LLC because events and circumstances frequently do not occur as expected; differences between actual and expected results may be material; and achievement of the forecasted results is dependent on actions, plans, and assumptions of management.

5. The conclusion of value arrived at herein is based on the assumption that the current level of management expertise and effectiveness would continue to be maintained, and that the character and integrity of the enterprise through any sale, reorganization, exchange, or diminution of the owners' participation would not be materially or significantly changed.

6. This report and the conclusion of value arrived at herein are for the exclusive use of our client for the sole and specific purposes as noted herein. They may not be used for any other purpose or by any other party for any purpose. Furthermore, the report and conclusion of value are not intended by the author and should not be construed by the reader to be investment advice in any manner whatsoever. The conclusion of value represents the considered opinion of Avicor Aviation Inc., based on information furnished to it by Jet Genius Holdings, Inc., Jet Genius Florida Holdings, Inc., Jet Agency, LLC and other sources.

7. Neither all nor any part of the contents of this report (especially the conclusion of value, the identity of any valuation specialist(s), or the firm with which such valuation specialists are connected or any reference to any of their professional designations) should be disseminated to the public through advertising media, public relations, news media, sales media, mail, direct transmittal, or any other means of communication without the prior written consent and approval of Avicor Aviation Inc.

DRAFT

8. Future services regarding the subject matter of this report, including, but not limited to testimony or attendance in court, shall not be required of Avicor Aviation Inc. unless previous arrangements have been made in writing.

9. Avicor Aviation Inc. is not an environmental consultant or auditor, and takes no responsibility for any actual or potential environmental liabilities. Any person entitled to rely on this report, wishing to know whether such liabilities exist, or the scope and their effect on the value of the property, is encouraged to obtain a professional environmental assessment. Avicor Aviation Inc. does not conduct or provide environmental assessments and has not performed one for the subject of this report.

10. Avicor Aviation Inc. has not determined independently whether CFG is subject to any present or future liability relating to environmental matters (including, but not limited to CERCLA/Superfund liability) nor the scope of any such liabilities. Avicor Aviation Inc.'s valuation takes no such liabilities into account, except as they have been reported to Avicor Aviation Inc. by CFG or by an environmental consultant working for CFG, and then only to the extent that the liability was reported to us in an actual or estimated dollar amount. Such matters, if any, are noted in the report. To the extent such information has been reported to us, Avicor Aviation Inc. has relied on it without verification and offers no warranty or representation as to its accuracy or completeness.

11. Avicor Aviation Inc. has not made a specific compliance survey or analysis of the subject company to determine whether it is subject to, or in compliance with, the American Disabilities Act of 1990, and this valuation does not consider the effect, if any, of noncompliance.

12. No change of any item in this appraisal report shall be made by anyone other than Avicor Aviation Inc., and we shall have no responsibility for any such unauthorized change.

13. Unless otherwise stated, no effort has been made to determine the possible effect, if any, on the subject business due to future Federal, state, or local legislation, including any environmental or ecological matters or interpretations thereof.

14. If prospective financial information approved by management has been used in our work, we have not examined or compiled the prospective financial information and therefore, do not express an audit opinion or any other form of assurance on the prospective financial information or the related assumptions. Events and circumstances frequently do not occur as expected and there will usually be differences between prospective financial information and actual results, and those differences may be material.

15. We have conducted interviews with the current management of the Company concerning the past, present, and prospective operating results of the Company.

16. Except as noted, we have relied on the representations of the owners, management, and other third parties concerning the value and useful condition of all equipment, real estate investments used in the business, and any other assets or liabilities, except as specifically stated to the

contrary in this report. We have not attempted to confirm whether or not all assets of the business are free and clear of liens and encumbrances or that the entity has good title to all assets.

DRAFT

## Appendix C – Statement of Qualifications

**Lillian M. Tamm** is president of Avicor Aviation, a position she has held since August 2014, and was one of the founders of the company in 1987. She has been in the aviation industry for the past 35 years and actively involved in consulting, including providing due diligence services for investors and assessments for regulatory bodies since 1980. Ms. Tamm is an aviation business valuator and asset appraiser in addition to providing a wide range of operational and aviation business consulting and due diligence services. Her experience includes market research and analysis for new and expanding businesses, airline feasibility analysis, business plan and financing proposal development, financial forecasting and valuing a wide range of aviation businesses. She has also been directly involved in aviation business and asset acquisition and disposal, strategic and business planning for aviation businesses, working directly with corporations regarding corporate aircraft needs and utilization analysis, and purchase decisions. In addition, Ms. Tamm has been involved in managing air charter operations, including as chief financial officer, and provided various other consulting services to aviation businesses and corporations considering or operating aircraft.

Ms. Tamm graduated cum laude from Seattle Pacific University where she majored in business administration and economics. She also attended the Monterey Institute of International Studies. She is an active member of Women in Aviation, the National Business Aviation Association ("NBAA") and the National Association of Certified Valuation Analysts ("NACVA") has undertaken additional training in financial analysis and assessment, including NBAA Tax, Planning and Financial Seminars, as well as ongoing continuing professional education in business valuation. Ms. Tamm is a Certified Valuation Analyst.

DRAFT

## Appendix D – International Glossary of Valuation Terms

To enhance and sustain the quality of business valuations for the benefit of the profession and its clientele, the below identified societies and organizations have adopted the definitions for the terms included in this glossary.

The performance of business valuation services requires a high degree of skill and imposes upon the valuation professional a duty to communicate the valuation process and conclusion in manner that is clear and not misleading. This duty is advanced through the use of terms whose meanings are clearly established and consistently applied throughout the profession.

If, in the opinion of the business valuation professional, one or more of these terms needs to be used in a manner that materially departs from the enclosed definitions, it is recommended that the term be defined as used within that valuation engagement.

This glossary has been developed to provide guidance to business valuation practitioners by further memorializing the body of knowledge that constitutes the competent and careful determination of value and, more particularly, the communication of how that value was determined.

Departure from this glossary is not intended to provide a basis for civil liability and should not be presumed to create evidence that any duty has been breached.

***American Institute of Certified Public Accountants***
***American Society of Appraisers***
***Canadian Institute of Chartered Business Valuators***
***National Association of Certified Valuators and Analysts***
***The Institute of Business Appraisers***

**Adjusted Book Value Method:** A method within the asset approach whereby all assets and liabilities (including off-balance sheet, intangible, and contingent) are adjusted to their fair market values.

**Adjusted Net Asset Method:** See **Adjusted Book Value Method.**

**Appraisal:** See **Valuation.**

**Appraisal Approach:** See **Valuation Approach**.

**Appraisal Date:** See **Valuation Date.**

**Appraisal Method:** See **Valuation Method.**

**Appraisal Procedure:** See **Valuation Procedure.**

**Arbitrage Pricing Theory:** A multivariate model for estimating the cost of equity capital, which incorporates several systematic risk factors.

DRAFT

**Asset (Asset-Based) Approach:** A general way of determining a value indication of a business, business ownership interest, or security using one or more methods based on the value of the assets net of liabilities.

**Beta:** A measure of systematic risk of a stock; the tendency of a stock's price to correlate with changes in a specific index.

**Blockage Discount:** An amount or percentage deducted from the current market price of a publicly traded stock to reflect the decrease in the per share value of a block of stock that is of a size that could not be sold in a reasonable period of time given normal trading volume.

**Book Value:** See **Net Book Value.**

**Business:** See **Business Enterprise.**

**Business Enterprise:** A commercial, industrial, service, or investment entity (or a combination thereof) pursuing an economic activity.

**Business Risk:** The degree of uncertainty of realizing expected future returns of the business resulting from factors other than financial leverage. See **Financial Risk.**

**Business Valuation:** The act or process of determining the value of a business enterprise or ownership interest therein.

**Capital Asset Pricing Model (CAPM):** A model in which the cost of capital for any stock or portfolio of stocks equals a risk-free rate plus a risk premium that is proportionate to the systematic risk of the stock or portfolio.

**Capitalization:** A conversion of a single period of economic benefits into value.

**Capitalization Factor:** Any multiple or divisor used to convert anticipated economic benefits of a single period into value.

**Capitalization of Earnings Method:** A method within the income approach whereby economic benefits for a representative single period are converted to value through division by a capitalization rate.

**Capitalization Rate:** Any divisor (usually expressed as a percentage) used to convert anticipated economic benefits of a single period into value.

**Capital Structure:** The composition of the invested capital of a business enterprise, the mix of debt and equity financing.

**Cash Flow:** Cash that is generated over a period of time by an asset, group of assets, or business enterprise. It may be used in a general sense to encompass various levels of specifically defined

DRAFT

cash flows. When the term is used, it should be supplemented by a qualifier (for example, "discretionary" or "operating") and a specific definition in the given valuation context.

**Common Size Statements:** Financial statements in which each line is expressed as a percentage of the total. On the balance sheet, each line item is shown as a percentage of total assets, and on the income statement, each item is expressed as a percentage of sales.

**Control:** The power to direct the management and policies of a business enterprise.

**Control Premium:** An amount or a percentage by which the pro rata value of a controlling interest exceeds the pro rata value of a non-controlling interest in a business enterprise to reflect the power of control.

**Cost Approach:** A general way of determining a value indication of an individual asset by quantifying the amount of money required to replace the future service capability of that asset.

**Cost of Capital:** The expected rate of return that the market requires in order to attract funds to a particular investment.

**Debt-Free:** ***We discourage the use of this term.*** See **Invested Capital.**

**Discount for Lack of Control:** An amount or percentage deducted from the pro rata share of value of 100% of an equity interest in a business to reflect the absence of some or all of the powers of control.

**Discount for Lack of Marketability:** An amount or percentage deducted from the value of an ownership interest to reflect the relative absence of marketability.

**Discount for Lack of Voting Rights:** An amount or percentage deducted from the per share value of a minority interest voting share to reflect the absence of voting rights.

**Discount Rate:** A rate of return -used to convert a future monetary sum into present value.

**Discounted Cash Flow Method:** A method within the income approach whereby the present value of future expected net cash flows is calculated using a discount rate.

**Discounted Future Earnings Method:** A method within the income approach whereby the present value of future expected economic benefits is calculated using a discount rate.

**Economic Benefits:** Inflows such as revenues, net income, net cash flows, etc.

**Economic Life:** The period of time over which property may generate economic benefits.

**Effective Date:** See **Valuation Date.**

**Enterprise:** See **Business Enterprise.**

**Equity:** The owner's interest in property after deduction of all liabilities.

**Equity Net Cash Flows:** Those cash flows available to pay out to equity holders (in the form of dividends) after funding operations of the business enterprise, making necessary capital investments, and increasing or decreasing debt financing.

**Equity Risk Premium:** A rate of return added to a risk-free rate to reflect the additional risk of equity instruments over risk free instruments (a component of the cost of equity capital or equity discount rate).

**Excess Earnings:** That amount of anticipated economic benefits that exceeds an appropriate rate of return on the value of a selected asset base (often net tangible assets) used to generate those anticipated economic benefits.

**Excess Earnings Method:** A specific way of determining a value indication of a business, business ownership interest, or security determined as the sum of a) the value of the assets derived by capitalizing excess earnings, and b) the value of the selected asset base. Also frequently used to value intangible assets. See also Excess Earnings.

**Fair Market Value:** The price, expressed in terms of cash equivalents, at which property would change hands between a hypothetical willing and able buyer and a hypothetical willing and able seller, acting at arm's length in an open and unrestricted market, when neither is under compulsion to buy or sell and when both have reasonable knowledge of the relevant facts.

**Fairness Opinion:** An opinion as to whether or not the consideration in a transaction is fair from a financial point of view.

**Financial Risk:** The degree of uncertainty of realizing expected future returns of the business resulting from financial leverage. See **Business Risk.**

**Forced Liquidation Value:** Liquidation value, at which the asset or assets are sold as quickly as possible, such as at an auction.

**Free Cash Flow:** ***We discourage the use of this term.*** See Net **Cash Flow.**

**Going Concern:** An ongoing operating business enterprise.

**Going Concern Value:** The value of a business enterprise that is expected to continue to operate into the future. The intangible elements of Going Concern Value result from factors such as having a trained work force, an operational plant, and the necessary licenses, systems and procedures in place.

**Goodwill:** That intangible asset arising as a result of name, reputation, customer loyalty, location, products and similar factors not separately identified.

**Goodwill Value:** The value attributable to goodwill.

DRAFT

**Guideline Public Company Method:** A method within the market approach whereby market multiples are derived from market prices of stocks of companies that are engaged in the same or similar lines of business and that are actively traded on a free and open market.

**Income (Income-Based) Approach:** A general way of determining a value indication of a business, business ownership interest, security or intangible asset using one or more methods that convert anticipated economic benefits into a present single amount.

**Intangible Assets:** Non-physical assets such as franchises, trademarks, patents, copyrights, goodwill, equities, mineral rights, securities and contracts (as distinguished from physical assets) that grant rights and privileges and have value for the owner.

**Internal Rate of Return:** A discount rate at which the present value of the future cash flows of the investment equals the cost of the investment.

**Intrinsic Value:** The value that an investor considers, on the basis of an evaluation or available facts, to be the "true" or "real" value that will become the market value when other investors reach the same conclusion. When the term applies to options, it is the difference between the exercise price or strike price of an option and the market value of the underlying security.

**Invested Capital:** The sum of equity and debt in a business enterprise. Debt is typically a) all interest-bearing debt, or b) long-term interest-bearing debt. When the term is used, it should be supplemented by a specific definition in the given valuation context.

**Invested Capital Net Cash Flows:** Those cash flows available to pay out to equity holders (in the form of dividends) and debt investors (in the form of principal and interest) after funding operations of the business enterprise and making necessary capital investments.

**Investment Risk:** The degree of uncertainty as to the realization of expected returns.

**Investment Value:** The value to a particular investor based on individual investment requirements and expectations. (NOTE: in Canada, the term used is "Value to the Owner.")

**Key Person Discount:** An amount or percentage deducted from the value of an ownership interest to reflect the reduction in value resulting from the actual or potential loss of a key person in a business enterprise.

**Levered Beta:** The beta reflecting a capital structure that includes debt.

**Limited Appraisal:** The act or process of determining the value of a business, business ownership interest, security or intangible asset with limitations in analyses, procedures or scope.

**Liquidity:** The ability to quickly convert property to cash or pay a liability.

**Liquidation Value:** The net amount that would be realized if the business is terminated and the assets are sold piecemeal. Liquidation can be either "orderly" or "forced."

**Majority Control:** The degree of control provided by a majority position.

**Majority Interest:** An ownership interest greater than 50% of the voting interest in a business enterprise.

**Market (Market-Based) Approach:** A general way of determining a value indication of a business, business ownership interest, security or intangible asset by using one or more methods that compare the subject to similar businesses, business ownership interests, securities or intangible assets that have been sold.

**Market Capitalization of Equity:** The share price of a publicly traded stock multiplied by the number of shares outstanding.

**Market Capitalization of Invested Capital:** The market capitalization of equity plus the market value of the debt component of invested capital.

**Market Multiple:** The market value of a company's stock or invested capital divided by a company measure (such as economic benefits, number of customers).

**Marketability:** The ability to quickly convert property to cash at minimal cost.

**Marketability Discount:** See **Discount for Lack of Marketability.**

**Merger and Acquisition Method:** A method within the market approach whereby pricing multiples are derived from transactions of significant interests in companies engaged in the same or similar lines of business.

**Mid-Year Discounting:** A convention used in the Discounted Future Earnings Method that reflects economic benefits being generated at midyear, approximating the effect of economic benefits being generated evenly throughout the year.

**Minority Discount:** A discount for lack of control applicable to a minority interest.

**Minority Interest:** An ownership interest less than 50 percent of the voting interest in a business enterprise.

**Multiple:** The inverse of the capitalization rate.

**Net Book Value:** With respect to a business enterprise, the difference between total assets (net of accumulated depreciation, depletion, and amortization) and total liabilities as they appear on the balance sheet (synonymous with Shareholder's Equity). With respect to a specific asset, the capitalized cost less accumulated amortization or depreciation as it appears on the books of account of the business enterprise.

**Net Cash Flows:** When the term is used, it should be supplemented by a qualifier. See Equity Net Cash Flows and Invested Capital Net Cash Flows.

DRAFT

**Net Present Value:** The value, as of a specified date, of future cash inflows less all cash outflows (including the cost of investment) calculated using an appropriate discount rate.

**Net Tangible Asset Value:** The value of the business enterprise's tangible assets (excluding excess assets and non-operating assets) minus the value of its liabilities.

**Non-Operating Assets:** Assets not necessary to ongoing operations of the business enterprise.

**Normalized Earnings:** Economic benefits adjusted for nonrecurring, non-economic or other unusual items to eliminate anomalies and/or facilitate comparisons.

**Normalized Financial Statements:** Financial statements adjusted for non-operating assets and liabilities and/or for non-recurring, non-economic or other unusual items to eliminate anomalies and/or facilitate comparisons.

**Orderly Liquidation Value:** Liquidation value at which the asset or assets are sold over a reasonable period of time to maximize proceeds received.

**Premise of Value:** An assumption regarding the most likely set of transactional circumstances that may be applicable to the subject valuation (e.g., going concern, liquidation).

**Present Value:** The value, as of a specified date, of future economic benefits and/or proceeds from sale calculated using an appropriate discount rate.

**Portfolio Discount:** An amount or percentage deducted from the value of a business enterprise to reflect the fact that it owns dissimilar operations or assets that do not fit well together.

**Price/Earnings Multiple:** The price of a share of stock divided by its earnings per share.

**Rate of Return:** An amount of income (loss) and/or change in value realized or anticipated on an investment, expressed as a percentage of that investment.

**Redundant Assets:** See **Non-Operating** Assets.

**Report Date:** The date conclusions are transmitted to the client.

**Replacement Cost** New: The current cost of a similar new property having the nearest equivalent utility to the property being valued.

**Reproduction Cost** New: The current cost of an identical new property.

**Required Rate of Return:** The minimum rate of return acceptable by investors before they will commit money to an investment at a given level of risk.

**Residual Value:** The value as of the end of the discrete projection period in a discounted future earnings model.

DRAFT

**Return on Equity:** The amount, expressed as a percentage, earned on a company's common equity for a given period.

**Return on Investment:** See **Return on Invested Capital** and **Return on Equity.**

**Return on Invested Capital:** The amount, expressed as a percentage, earned on a company's total capital for a given period.

**Risk-Free Rate:** The rate of return available in the market on an investment free of default risk.

**Risk Premium:** A rate of return added to a risk-free rate to reflect risk.

**Rule of Thumb:** A mathematical formula developed from the relationship between price and certain variables based on experience, observation, hearsay or a combination of these; usually industry specific.

**Special Interest Purchasers:** Acquirers who believe they can enjoy post-acquisition economies of scale, synergies or strategic advantages by combining the acquired business interest with their own.

**Standard of Value:** The identification of the type of value being used in a specific engagement (e.g., fair market value, fair value, investment value).

**Sustaining Capital Reinvestment:** The periodic capital outlay required to maintain operations at existing levels, net of the tax shield available from such outlays.

**Systematic Risk:** The risk that is common to all risky securities and cannot be eliminated through diversification. The measure of systematic risk in stocks is the beta coefficient.

**Tangible Assets:** Physical assets (such as cash, accounts receivable, inventory, property, plant and equipment, etc.).

**Terminal Value:** See **Residual Value.**

**Transaction Method:** See **Merger and Acquisition Method.**

**Unlevered Beta:** The beta reflecting a capital structure without debt.

**Unsystematic Risk:** The risk specific to an individual security that can be avoided through diversification.

**Valuation:** The act or process of determining the value of a business, business ownership interest, security or intangible asset.

**Valuation Approach:** A general way of determining a value indication of a business, business ownership interest, security or intangible asset using one or more valuation methods.

DRAFT

**Valuation Date:** The specific point in time as of which the valuator's conclusion of value applies (also referred to as "Effective Date" or "Appraisal Date").

**Valuation Method:** Within approaches, a specific way to determine value.

**Valuation Procedure:** The act, manner, and technique of performing the steps of an appraisal method.

**Valuation Ratio:** A fraction in which a value or price serves as the numerator and financial, operating, or physical data serves as the denominator.

**Value to the Owner:** See **Investment Value.**

**Voting Control:** *Dejure* control of a business enterprise.

**Weighted Average Cost of Capital (WACC):** The cost of capital (discount rate) determined by the weighted average, at market value, of the cost of all financing sources in the business enterprise's capital structure.

DRAFT

## Appendix E – List of Exhibits

Exhibit 1: Historic and Common Size Balance Sheets ........ 9
Exhibit 2: CFG Historical Income and Expense Trends ........ 11
Exhibit 3 - Historic and Common Size Income Statements ........ 12
Exhibit 4: Historic Profit Analysis ........ 14
Exhibit 5: Historic Margin Analysis ........ 15
Exhibit 6: Historic Summary Cash Flow Statements ........ 15
Exhibit 7: Normalized Adjusted Summary Balance Sheet ........ 19
Exhibit 8: Summary Income Statements ........ 19
Exhibit 9: M & A Comps Data ........ 22
Exhibit 10: M & A Comps Multiples ........ 22
Exhibit 11: Calculation of Revenue Base ........ 23
Exhibit 12: Calculation of EBITDA Base ........ 23
Exhibit 13: Calculation of EBIT Base ........ 24
Exhibit 14: Calculation of Net Income Base ........ 24
Exhibit 15: Calculation of Book Value Base ........ 25
Exhibit 16: ValuSource M&A Comps Indicated Value ........ 25
Exhibit 17: Restricted Stock Equivalent Discount – Selected Data ........ 30
Exhibit 18: Restricted Stock Equivalent Discount – Entire Database ........ 30
Exhibit 19: Reconciliation of RESD Methods ........ 31
Exhibit 20: PEDI & Pluris DLOM ........ 31
Exhibit 21: DLOM: Mandelbaum Factor ........ 33
Exhibit 22: Application of DLOM ........ 33

DRAFT

## Appendix F – List of Documents and Sources

1. A site visit to the CFG's headquarters in Boca Raton, Florida undertaken by Lillian Tamm on April 14, 15 and 16, 2020;
2. Oral interviews, emails, and discussions with Jordan Brown, one of the Company's shareholders and its chief executive officer;
3. Oral interviews, emails, and discussions with Deb Fouts and Roya Arabi, who manage the Company's daily accounting operations;
4. Internally prepared Profit and Loss Statements for Jet Genius Holdings, Inc. for the fiscal years ending December 31, 2019, 2020 and 2021;
5. Internally prepared Balance Sheets as at December 31, 2019, 2020 and 2021 for Jet Genius Holdings, Inc.;
6. Internally prepared Profit and Loss Statements for Jet Genius Florida Holdings, Inc. for the fiscal years ending December 31, 2019, 2020 and 2021;
7. Internally prepared Balance Sheets as at December 31, 2019, 2020 and 2021 for Jet Genius Florida Holdings, Inc.;
8. Internally prepared Profit and Loss Statements for Jet Agency, LLC for the fiscal year ended December 31, 2021;
9. An internally prepared Balance Sheet as at December 31, 2021 for Jet Agency, LLC;
10. An internally prepared overview of the Company's business plans;
11. Duff & Phelps/Kroll Valuation Data 2021;
12. Pluris DLOM database, Data to 2021;
13. RMA Annual Statement Studies, Valuation Edition 2021;
14. IRS Revenue Ruling 59-60:1959-1, Cumulative Bulletin 237;
15. Blotsky, Michael, "Foreword", *Business Valuation Discounts and Premiums*, Shannon Pratt, 2001, p. xxi;
16. *Central Trust Co. v. United States,* 305 F 2d 292 (Ct. Cl. 1962);
17. IRS Rev. Ruling 77-287, 1977-2 C.B. 319 Section 6.04.;
18. *Estate of Gallo v. Commissioner,* T.C. Memo 1985-363 (1985);
19. *Mandelbaum v. Commissioner,* T.C. Memo 1995-255, aff;d. 91F3d 124 (3 Cir. 1996);
20. Emory, John D., "The Value of Marketability as Illustrated in Initial Public Offerings of Common Stock, February 1992 through July 1993," *Business Valuation Review*, December 1993, pp. 3-5; and
21. In-house (Avicor) aviation industry market data.

DRAFT