# EXHIBIT G

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS,<br><br>Plaintiff,<br><br>-vs-<br><br>US CREDIT FIND, INC. a Delaware corporation not authorized to transact business in Illinois; and<br><br>AARON STANZ, individually and as president, vice president, chief financial officer, secretary, treasurer, incorporator, sole director, and owner of US CREDIT FIND, INC;<br><br>Defendants. | 2009CH 0021<br>Case No. ________<br><br>FILED<br>FEB 10 2009 CIV.-9<br>Clerk of the Circuit Court |

**COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF**

NOW COMES the Plaintiff, THE PEOPLE OF THE STATE OF ILLINOIS, by Lisa Madigan, Attorney General of the State of Illinois, and brings this action complaining of the defendants, US Credit Find, Inc. and Aaron Stanz, and states as follows:

**AUTHORITY**

1. This action is brought for and on behalf of THE PEOPLE OF THE STATE OF ILLINOIS, by Lisa Madigan, Attorney General of the State of Illinois, pursuant to the provisions of the Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.), and her common law authority as Attorney General to represent the People of the State of Illinois.

## JURISDICTION and VENUE

2. The Court has jurisdiction over the Defendants pursuant to Section 2-209(a)(1) of the Illinois Code of Civil Procedure, 735 ILCS 5/2-209(a)(1), in that Defendants have transacted business within the State of Illinois at all times relevant to this Complaint.

3. Venue for this action properly lies in Sangamon County, Illinois, pursuant to Section 2-101 of the Illinois Code of Civil Procedure (735 ILCS 5/2-101), in that the Defendants, US Credit Find, Inc. and Aaron Stanz, are nonresidents of the State of Illinois.

## PARTIES

4. Plaintiff, THE PEOPLE OF THE STATE OF ILLINOIS, by Lisa Madigan, Attorney General of the State of Illinois, is charged, *inter alia,* with the enforcement of the Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1 et seq.).

5. Defendant US Credit Find, Inc., is a Delaware Corporation with its principal place of business at 1301 Main St., Studio 3, Venice, CA 90291.

6. Defendant Aaron Stanz is president, vice president, chief financial officer, secretary, treasurer, incorporator, sole director, and owner of US Credit Find, Inc., with an address at 5362 NW 55th Terrace, Coconut Creek, FL 33073.

7. Defendant Aaron Stanz is sued individually and in his capacity as president, vice president, chief financial officer, secretary, treasurer, incorporator, sole director, and owner of US Credit Find, Inc.

8. Defendant Aaron Stanz is the only officer of US Credit Find, Inc. and is the president, vice president, secretary, treasurer, chief financial officer, director, and owner of US

Credit Find, Inc.

9. Defendant Aaron Stanz signed as the sole incorporator of US Credit Find's Delaware Articles of Incorporation.

10. Defendant Aaron Stanz signs contracts and forms on behalf of US Credit Find, Inc., including, but not limited to, signing as president of US Credit Find, Inc., on a contract to establish billing and collections services for US Credit Find and on a contract to establish customer service phone numbers for US Credit Find, Inc.

11. Defendant Aaron Stanz set up the website www.uscreditfind.com and is registered as the administrative and technical contact for the site.

12. Defendant Aaron Stanz established the US Credit Find, Inc. telephone account with MicroStrategy Incorporated for the US Credit Find, Inc. customer service number (888-579-4910).

13. Defendant Aaron Stanz paid MicroStrategy Incorporated for the US Credit Find, Inc. customer service number (888-579-4910) with his personal credit card.

14. Defendant Aaron Stanz formulated, directed, controlled and had knowledge of the acts and practices of US Credit Find, Inc., and at all times relevant hereto was an officer, director, owner and/or agent of US Credit Find, Inc.

15. To adhere to the fiction of separate corporate existence between Aaron Stanz and US Credit Find, Inc. would serve to sanction fraud and promote injustice.

## COMMERCE

16. Subsection 1(f) of the Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/1(f)), defines "trade" and "commerce" as follows:

> The terms 'trade' and 'commerce' mean the advertising, offering for sale, sale or distribution of any services and any property, tangible or intangible, real, personal, or mixed, and any other article, commodity, or thing of value wherever situated, and shall include any trade or commerce directly or indirectly affecting the people of this State.

17. Defendants were at all times relevant to this complaint, engaged in trade and commerce in the State of Illinois within the meaning of the Consumer Fraud Act, in that Defendants advertised, solicited for sale, offered for sale, and sold to Illinois consumers an internet tutorial showing consumers how to repair their credit and billed Illinois consumers or caused them to be billed for the same.

## DEFENDANTS' COURSE OF CONDUCT

### *A. Defendants' Website Registration*

18. Defendants' website is located at http://www.uscreditfind.com, and is still operational as of the date of this filing.

19. Defendants purport to offer a program in the form of an internet tutorial designed to help consumers fix their credit in a step-by-step fashion.

20. Beginning at sometime unknown to Plaintiff, but at least since January 1, 2008, Defendants offered their service to Illinois consumers via direct website registration.

21. The website registration page asks for a consumer's name, telephone number, mailing address and email address. A copy of the website sign up page is attached as Exhibit A.

22. Before signing up, US Credit Find presents a disclosure which states:

> ...you understand that these services are being provided free on a 7 day trial basis with 12 low monthly fees of $9.99 **should you chose to continue**

with US Credit Find services beyond the trial period.

23. Despite representations on Defendants' website, that a consumer was merely signing up for a 7 day free trial, if a consumer signs up for Defendants' services, Defendants will bill them or cause the consumer to be billed unless the consumer cancels within 7 days.

24. Illinois consumers charged for Defendants' purported services have complained to the Attorney General that they have never visited Defendants' website to order or register for Defendants' purported services.

25. Some Illinois consumers charged for Defendants' purported services complain to the Attorney General that they have never used Defendants' services nor authorized Defendants to bill them for the same.

26. Some Illinois consumers claim that when they contacted Defendants to dispute the charges on their telephone bill, that the person Defendants claim authorized the service is unknown to the consumer and has no connection to the telephone number billed.

27. Defendants assessed fees for their services and caused consumers to be billed for those services, without the consumer's prior knowledge or authorization.

### ***B. Illinois Businesses, Government Agencies, and Non-Profits Billed***

28. Several of the telephone numbers that Defendants billed belonged to small businesses, governmental agencies, or other non-profit entities that would have no use for the credit repair service Defendants purportedly offer.

29. On June 3 and July 3 of 2008, Defendants placed a charge of $9.99 on the telephone bill connected to the telephone number 217-787-2940. That telephone number is the number of a Steak 'N' Shake restaurant located in Springfield, Illinois.

30. After interviewing the manager of this Steak 'N' Shake location, no one at that location authorized US Credit Find to charge its telephone bill or spoke to anyone representing US Credit Find. Furthermore, Steak N Shake has no need for a credit repair service.

31. On June 26, 2008, Defendants placed a charge of $9.99 on the telephone bill connected to the telephone number 217-753-6610. That telephone number is the number to the Sangamon County Coroner's Office.

32. After interviewing the employee in charge of the telephone bill at the Coroner's Office, no one at that location authorized US Credit Find to charge its telephone bill or spoke to anyone representing US Credit Find. Furthermore, the Sangamon County Coroner has no need for a credit repair service.

33. On June 19, 2008, Defendants placed a charge of $9.99 on the telephone bill connected to the telephone number 217-525-5000. That telephone number is the number to the Dial-a-Story which is sponsored by the Lincoln Library in Springfield, Illinois.

34. There is no live person to interview at the number 217-525-5000; upon calling this number, a children's story is automatically played over the phone.

35. Defendants put charges on several other phone bills where the consumer charged would have no need for their service including, but not limited to, a Super 8 Lodge in Springfield, the Sangamon County Board Office in Springfield, the Sangamon County Sheriff's Office in Springfield, Century 21 Realty in Columbia, and the Belleville City Hall Police Department non-emergency number.

### *C. __Defendants' Total Business in Illinois__*

36. A representative from the Office of the Illinois Attorney General interviewed Illinois

consumers who had been charged for US Credit Find's purported service. During these interviews, consumers revealed that they did not realize they were being charged for US Credit Find's purported services. In most cases, consumers overlooked US Credit Find's charges due to the relatively small amount of the charge ($9.99 a month).

37. Some people who registered for Defendants services made up phone numbers, with the result that the actual subscribers at those numbers were charged on their phone bills by Defendants.

38. Defendants failed to adequately verify whether the persons who entered information on their website were in fact phone subscribers at the phone numbers that were also entered on the website.

39. Between January 1, 2008, and October 1, 2008, Defendants caused 9,842 Illinois consumers to be billed.

40. Between January 1, 2008, and October 1, 2008, Defendants granted refunds to 2,994 Illinois consumers, or 30% of the total number of consumers billed during that time.

41. Upon information and belief, this high rate of refunds indicates Defendants were submitting unauthorized charges for services consumers did not want and were not using.

## VIOLATIONS OF THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT

### Applicable Statute

42. Section 2 of the Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/2) provides:

> Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use

> or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any practice described in section 2 of the 'Uniform Deceptive Trade Practices Act', approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby.

**Violations**

43. Defendants, in connection with the offering for sale, advertising, selling and billing Illinois consumers or causing them to be billed for an internet tutorial showing how to repair their credit, have violated Section 2 of the Illinois Consumer Fraud Act by engaging in the following deceptive acts and practices:

   a. representing via Defendants' website http://www.uscreditfind.com, directly or by implication, to Illinois consumers that Defendants' services were free for a 7-day trial period, when in fact, consumers had the affirmative obligation to cancel within a specific period of time to avoid being billed, which period of time Defendants did not clearly and conspicuously disclose; and

   b. causing consumers to be billed for Defendants' services when the consumers did not authorize the service or agree to be charged for the service.

44. Defendants, in connection with the offering for sale, advertising, selling and billing Illinois consumers or causing them to be billed for an internet tutorial showing how to repair their credit, have violated Section 2 of the Illinois Consumer Fraud Act by engaging in the following unfair acts and practices:

a. submitting bills and collecting payments for their services when Defendants knew or should have known that the billed consumer did not authorize Defendants to put charges on their telephone bill;

b. failing to put in place systems designed to ensure that the person requesting the service is actually the telephone subscriber or someone authorized to place charges on the telephone subscriber's bill.

**REMEDIES**

45. Section 7 of the Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/7), provides:

> Whenever the Attorney General has reason to believe that any person is using, has used, or is about to use any method, act or practice declared by the Act to be unlawful, and that proceedings would be in the public interest, he may bring an action in the name of the State against such person to restrain by preliminary or permanent injunction the use of such method, act or practice. The Court, in its discretion, may exercise all powers necessary, including but not limited to: injunction, revocation, forfeiture or suspension of any license, charter, franchise, certificate or other evidence of authority of any person to do business in this State; appointment of a receiver; dissolution of domestic corporations or association suspension or termination of the right of foreign corporations or associations to do business in this State; and restitution.
>
> In addition to the remedies provided herein, the Attorney General may request and this Court may impose a civil penalty in a sum not to exceed $50,000 against any person found by the Court to have engaged in any method, act or practice declared unlawful under this Act. In the event the court finds the method, act or practice to have been entered into with intent to defraud, the court has the authority to

impose a civil penalty in a sum not to exceed $50,000 per violation.

46. Section 10 of the Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/10), provides, "In any action brought under the provisions of this Act, the Attorney General is entitled to recover costs for the use of this State."

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays that this honorable Court enter an Order:

a. Finding that the Defendants have violated section 2 of the Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/2); including, but not limited to, the unlawful acts and practices alleged herein;

b. Preliminarily and permanently enjoining the Defendants from engaging in the business of offering an internet tutorial showing how to repair their credit in the State of Illinois;

c. Preliminarily and permanently enjoining the Defendants from placing charges on Illinois consumers' telephone bills or causing such charges to be placed on Illinois consumers' telephone bills;

d. Declaring that all contracts entered into between the Defendants and Illinois consumers by the use of methods and practices declared unlawful are rescinded and requiring that full restitution be made to said consumers;

e. Assessing a civil penalty in the amount of Fifty Thousand Dollars ($50,000) per violation of the Act found by the Court to have been committed by the Defendants with the intent to defraud; if the Court finds the Defendants have engaged in methods, acts or practices declared unlawful by the Act, without the intent to defraud,

then assessing a statutory civil penalty of Fifty Thousand Dollars ($50,000), all as provided in Section 7 of the Consumer Fraud and Deceptive Business Practices Act (815 ILCS 505/7);

f. Requiring the Defendants to pay all costs for the prosecution and investigation of this action, as provided by Section 10 of the Consumer Fraud and Deceptive Business Practices Act ( 815 ILCS 505/10); and

g. Providing such other and further equitable relief as justice and equity may require.

Respectfully submitted,
THE PEOPLE OF THE STATE OF
ILLINOIS, by Lisa Madigan,
ATTORNEY GENERAL OF ILLINOIS

Elizabeth A. Blackston
Chief, Consumer Fraud Bureau, Southern Region

Philip Heimlich (#06286375)
Assistant Attorney General
Consumer Fraud Bureau
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-4436

Us Credit Find

Customer Service, call (888) 579-4910 Member Login

Home | Frequent Questions | About Bankruptcy | About Chexsystems | About Us | Sign Up Today




**Keep this in mind, when an individual applies for credit, three things are taken into consideration:**

- Your credit score
- The negative or derogatory items within your reports
- Your positive credit and credit depth (the length of time the items have remained on your reports)

**We help you with all three!!!**



## Sign Up NOW!

~~$199.95~~ ~~$149.95~~ ~~$99.95~~

ENJOY NOW WITHOUT SETUP FEES!
12 Low Monthly Fees comfortably sent to your home phone carrier

12 Steps to Improving Your Credit™ sponsored by UsCreditFind.com

## SIGN UP FORM

First Name: Middle Initial: Last Name:

Home Phone (must be connected to listed address): Work Phone: Mobile Phone:

Street Address:

City: State: Zip:

Email: Re-enter email:

Password Rules:
- Minimum password length is 9 characters

Create Password: Re-enter Password:

| | | |
|---|---|---|
| I have a valid Visa or MasterCard | Yes ○ | No ○ |
| I have an active checking account or saving account | Yes ○ | No ○ |
| I would like to receive VIP offers from UsCreditFind.com partners for special services available to low credit members | Yes ○ | No ○ |
| I accept the Terms and Conditions of the UsCreditFind Program | Yes ○ | No ○ |

By clicking the send button you are verifying that you are 18 years of age and are authorized to make changes to the home phone bill listed above, you understand that these services are being provided free on a 7 day trial basis with 12 low monthly fees of $9.99 should you choose to continue with US Credit Find services beyond the trial period, and that you have agreed to the listed Terms and Conditions.

CLEAR SEND

SIGNUP NOW - FREE SE...

**PLAINTIFF'S EXHIBIT A**
Page 1 of 2

©2007, UsCreditFind.com About Us | Terms and Conditions Phone. 1-888-579-4910

PLAINTIFF'S EXHIBIT A

Page 2 of 2

7th JUDICIAL CIRCUIT * SANGAMON COUNTY, ILLINOIS *

SEAL

I hereby certify the document to which this certificate is attached is a true and complete copy of this original on file and of record in my office.

Date: 8/18/22

[signature]

PAUL PALAZZOLO
Clerk of the Circuit Court in the
State of Illinois and County of Sangamon