# EXHIBIT I

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

09/04/05 SCANNED 55

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS,<br><br>Plaintiff,<br><br>-vs-<br><br>US CREDIT FIND, INC.<br><br>AARON STANZ, individually and as president, vice president, chief financial officer, secretary, treasurer, incorporator, sole director, and owner of US CREDIT FIND, INC;<br><br>Defendants. | ) | Case No. 2009-CH-21 |

4 MAY 2009 FILED

**FINAL JUDGMENT AND CONSENT DECREE**

Plaintiff, the PEOPLE OF THE STATE OF ILLINOIS, by LISA MADIGAN, Attorney General of Illinois, has filed a complaint for a permanent injunction and other relief in this matter pursuant to the Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.*, charging the defendants with violations of the aforementioned Act.

Plaintiff, by its counsel, and the defendants, have agreed to the entry of this Final Judgment and Consent Decree by the Court without trial or adjudication of any issue of fact or law.

Now, with the consent of the parties, **IT IS HEREBY ORDERED AS FOLLOWS:**

**FINDINGS**

1. On February 10, 2009, plaintiff filed a complaint in this cause pursuant to the provisions of the Consumer Fraud and Deceptive Business Practices Act, the allegations of which are incorporated herein.

2. The Illinois Attorney General is charged with, among other things, the responsibility of enforcing the Consumer Fraud and Deceptive Business Practices Act.

3. On February 10, 2009, defendant US Credit Find, Inc., was served with plaintiff's Complaint in

accordance with section 2-203 of the Illinois Code of Civil Procedure.

4. On February 16, 2009, defendant Aaron Stanz was served with plaintiff's Complaint in accordance with section 2-203 of the Illinois Code of Civil Procedure.

5. The defendants, at all times relevant hereto, have been doing business from, including, but not limited to, 1610 NE 36th Street, Cape Coral, FL 33909.

6. The defendants, at all times relevant hereto, engaged in trade and commerce within the meaning of the Consumer Fraud and Deceptive Business Practices Act in the State of Illinois, in that defendants advertised, solicited for sale, offered for sale, and sold to Illinois consumers an internet tutorial showing consumers how to repair their credit and billed Illinois consumers or caused them to be billed for the same.

7. Plaintiff, by and through its complaint, has alleged that the defendants have engaged in unfair and deceptive acts or practices in the conduct of trade and commerce, in violation of section 2 of the Consumer Fraud and Deceptive Business Practices Act.

8. These alleged unfair and deceptive acts or practices constitute the basis for the execution and filing of this Final Judgment and Consent Decree.

9. This Court has jurisdiction over the subject matter of the complaint having been filed herein and over the parties to this Final Judgment and Consent Decree.

10. Defendants' agreement to the provisions of this Order does not constitute an admission of liability for any of the violations alleged in the complaint.

11. Any references to the practices of defendant US Credit Find, Inc., shall mean that such acts and practices are by and through the acts of said corporation's officers, owners, directors, employees, or other agents.

NOW THEREFORE, on the basis of these findings, and for the purpose of effecting this Final Judgment and Consent Decree, **IT IS HEREBY ORDERED AS FOLLOWS:**

## I. General Injunctive Relief

12. Defendants are permanently enjoined from submitting bills and collecting payments for goods and services in the state of Illinois.

09/04/09 SCANNED SS

## II. Cancellation of Contracts

13. Defendants will cancel all current contracts with Illinois consumers and cease billing immediately.

14. Defendants will provide evidence of cancellation and the cessation of billing within thirty (30) days of the execution of this Final Judgment and Consent Decree.

## III. Restitution

15. Defendants shall provide a credit or refund to every Illinois consumer who: (1) was billed for any of defendants' goods or services between January 1, 2008 and the present; and (2) disputes or has disputed the charges within ninety (90) days of the date this Final Judgment and Consent Decree is entered. Said credit or refund shall be in the amount equal to all charges ever billed to each such consumer, less any credits or refunds previously granted to the consumer.

16. Defendants shall maintain records regarding this restitution program, including the name, address, and telephone number of each consumer who receives or has received a credit or refund, the amount of the same, how same was calculated, including a list identifying all charges by date, amount, and name of the good or service, and the date on which the refund or credit was disbursed.

## IV. Payment to the State

17. The Court enters a judgment in favor of plaintiff and against the defendants in the amount of $7,500 to the Attorney General Court Ordered and Voluntary Compliance Payment Projects Fund and shall be used by the Illinois Attorney General for law enforcement activity and education programs associated with enforcement of the Consumer Fraud Act. This amount is not to be construed as a fine or civil penalty. Defendants shall mail or hand-deliver said sum of $7,500 to the Office of the Illinois Attorney General, 500 South Second Street, Springfield, Illinois 62706, in the form of a cashier's or certified check made payable to the "Attorney General Court Ordered and Voluntary Compliance Payment Projects Fund" to be received before the entering of this Final Judgment and Consent Decree.

09/04/08 SCANNED SS

09/04/09 SCANNED SS

### V. Record Keeping

18. The defendants shall maintain for at least twenty-four (24) months from the date of this Final Judgment and Consent Decree, and upon thirty (30) days advance written request provide to the Attorney General, documents and records necessary to demonstrate compliance with this Final Judgment and Consent Decree.

### VI. Retention of Jurisdiction

19. Jurisdiction is retained by this Court for the purpose of enforcing this Final Judgment and Consent Decree.

APPROVED:

PLAINTIFF, THE PEOPLE
OF THE STATE OF ILLINOIS, by
Lisa Madigan, Attorney General of Illinois

By: [signature]
Philip Heimlich
Assistant Attorney General
Consumer Fraud Bureau

By: [signature]
Elizabeth Blackston
Assistant Attorney General
*Chief, Consumer Fraud Bureau*

DEFENDANT, Aaron Stanz and US Credit Find Inc.

By: [signature]
Aaron Stanz, individually and on behalf of US Credit Find, Inc.

Date Entered: 5-22-09

[signature]
JUDGE

7th JUDICIAL CIRCUIT * SANGAMON COUNTY, ILLINOIS *
SEAL

I hereby certify the document to which this certificate is attached is a true and complete copy of this original on file and of record in my office.

Date: 8/18/22

PAUL PALAZZOLO
Clerk of the Circuit Court in the
State of Illinois and County of Sangamon