# DECLARATION OF AARON STANZ

1. I am the plaintiff Aaron Stanz in the Stanz v. Brown et al. matter.

2. On June 29, 2023, at 9:30 a.m, I informed Wade A. Miller, my attorney, that I intend on calling him as a witness on this case. I made it clear that he will be conflicted out as counsel. I also informed him that I intend on calling John Kirk, Esq. as a witness, and he will also be conflicted out.

3. I also informed Wade A. Miller that I immediately wish to retain new counsel, and that he is no longer to be my attorney-of-record, effective immediately.

4. John Kirk, Esq. is no longer serving as legal counsel for me as of June 16, 2023.

5. I respectfully request a 30-day extension to file a second amended complaint, so that I may retain new counsel in order to move forward in this matter without harm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 29, 2023.

Respectfully,

By:____________________

Aaron Stanz