Hahn Loeser & Parks LLP
Gabe P. Wright (SBN 208647)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
gwright@hahnlaw.com

Attorney for Defendant Jet Genius Florida Holdings, Inc.

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 Fax: (619) 810-4301

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON STANZ, individually and on behalf of JET GENIUS HOLDINGS, INC. as shareholder thereto,<br><br>Plaintiffs,<br><br>v.<br><br>JORDAN BROWN (individually and in his capacity as CEO, Director, and Chairman of co-defendant JET GENIUS HOLDINGS, INC.), JET GENIUS HOLDINGS, INC., JET GENIUS FLORIDA HOLDINGS, INC., C3jets LLC, JET GENIUS HOLDINGS INC., BOWMAN AVIATION LLC, and DOES 1-20,<br><br>Defendants. | Case No.: 3:22-CV-01164-GPC-JLB<br><br>**JET GENIUS FLORIDA HOLDINGS, INC.'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Trial Date: None Set |

Defendant Jet Genius Florida Holdings, Inc.'s ("JGF"), hereby answers the Second Amended Complaint filed by Plaintiff Aaron Stanz ("Plaintiff") as follows:

**INTRODUCTION**

1. Answering Paragraph 1 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

///

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

2. Answering Paragraph 2 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

3. Answering Paragraph 3 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

4. Answering Paragraph 4 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

5. Answering Paragraph 5 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

6. Answering Paragraph 6 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

7. Answering Paragraph 7 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

## PARTIES

8. Answering Paragraph 8 of the Complaint, JGF denies these allegations as, at the time of filing the initial Complaint, Plaintiff admitted he was a resident of the state of California.

9. Answering Paragraph 9 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

10. Answering Paragraph 10 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

11. Answering Paragraph 11 of the Complaint, JGF admits these allegations.

12. Answering Paragraph 12 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

13. Answering Paragraph 13 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

14. Answering Paragraph 14 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

15. Answering Paragraph 15 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

16. Answering Paragraph 16 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

## **ALTER EGO ALLEGATIONS**

17. Answering Paragraph 17 of the Complaint, the allegations in this Paragraph constitute legal conclusions or factual argument to which no response is required. To the extent a response is required, JGF denies these allegations.

18. Answering Paragraph 18 of the Complaint, JGF denies these allegations.

19. Answering Paragraph 19 of the Complaint, JGF denies these allegations.

20. Answering Paragraph 20 of the Complaint, JGF denies these allegations.

///

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

21. Answering Paragraph 21 of the Complaint, JGF denies these allegations.

## JURISDICTION AND VENUE

22. Answering Paragraph 22 of the Complaint, JGF denies these allegations as, in his original Complaint, Plaintiff alleged that he was a resident of the State of California.

23. Answering Paragraph 23 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

24. Answering Paragraph 24 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

25. Answering Paragraph 25 of the Complaint, JGF denies these allegations.

26. Answering Paragraph 26 of the Complaint, JGF denies these allegations with respect to JGF.

## DERIVATIVE AND DEMAND FUTILITY ALLEGATIONS

27. Answering Paragraph 27 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

28. Answering Paragraph 28 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

29. Answering Paragraph 29 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

the truth of the allegations in this Paragraph and, therefore, denies the allegations.

30. Answering Paragraph 30 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

31. Answering Paragraph 31 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

32. Answering Paragraph 32 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

33. Answering Paragraph 33 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

34. Answering Paragraph 34 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

35. Answering Paragraph 35 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

36. Answering Paragraph 36 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to

the truth of the allegations in this Paragraph and, therefore, denies the allegations.

37. Answering Paragraph 37 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

## FACTUAL ALLEGATIONS

38. Answering Paragraph 38 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

39. Answering Paragraph 39 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

40. Answering Paragraph 40 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

41. Answering Paragraph 41 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

42. Answering Paragraph 42 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

43. Answering Paragraph 43 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

44. Answering Paragraph 44 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

///

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

45. Answering Paragraph 45 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

46. Answering Paragraph 46 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

47. Answering Paragraph 47 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

48. Answering Paragraph 48 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

49. Answering Paragraph 49 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

50. Answering Paragraph 50 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

51. Answering Paragraph 51 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

52. Answering Paragraph 52 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

53. Answering Paragraph 53 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

///

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

54. Answering Paragraph 54 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

55. Answering Paragraph 55 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

56. Answering Paragraph 56 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

57. Answering Paragraph 57 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

58. Answering Paragraph 58 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

59. Answering Paragraph 59 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

60. Answering Paragraph 60 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

61. Answering Paragraph 61 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

62. Answering Paragraph 62 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

///

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

63. Answering Paragraph 63 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

64. Answering Paragraph 64 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

65. Answering Paragraph 65 of the Complaint, JGFH admits that this Paragraph cites, in part, some of the language from the document represented by Plaintiff to be the Letter Agreement and attached as an Exhibit to the Second Amended Complaint. As to the remaining allegations in this Paragraph, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

66. Answering Paragraph 66 of the Complaint, JGFH admits that this Paragraph cites, in part, some of the language from the document represented by Plaintiff to be the Letter Agreement and attached as an Exhibit to the Second Amended Complaint. As to the remaining allegations in this Paragraph, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

67. Answering Paragraph 67 of the Complaint, JGFH admits that this Paragraph cites, in part, some of the language from the document represented by Plaintiff to be the Letter Agreement and attached as an Exhibit to the Second Amended Complaint. As to the remaining allegations in this Paragraph, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

68. Answering Paragraph 68 of the Complaint, JGFH admits that this Paragraph cites, in part, some of the language from the document represented by Plaintiff to be the Letter Agreement and attached as an Exhibit to the Second Amended Complaint. As to the remaining allegations in this Paragraph, JGF is

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

69. Answering Paragraph 69 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

70. Answering Paragraph 70 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

71. Answering Paragraph 71 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

72. Answering Paragraph 72 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

73. Answering Paragraph 73 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

74. Answering Paragraph 74 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

75. Answering Paragraph 75 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

76. Answering Paragraph 76 of the Complaint, JGF admits that it was incorporated in the State of Florida on or about August 6, 2019, and admits that JGH did not own 100% of the stock in JGF. As to the remaining allegations in this Paragraph, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

77. Answering Paragraph 77 of the Complaint, JGF admits that on or about August 20, 2019, a name change amendment was filed changing JGF's corporate name to Jet Genius Florida Holdings, Inc. As to the remaining allegations in this Paragraph, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

78. Answering Paragraph 78 of the Complaint, JGF admits these allegations.

79. Answering Paragraph 79 of the Complaint, JGF denies these allegations.

80. Answering Paragraph 80 of the Complaint, JGF denies these allegations.

81. Answering Paragraph 81 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

82. Answering Paragraph 82 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

83. Answering Paragraph 83 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

84. Answering Paragraph 84 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

///

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

85. Answering Paragraph 85 of the Complaint, JGF admits that it hired certain employees that worked for Jet Genius Holdings, Inc. As to the remaining allegations in this Paragraph, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

86. Answering Paragraph 86 of the Complaint, JGF denies these allegations.

87. Answering Paragraph 87 of the Complaint, JGF denies these allegations.

88. Answering Paragraph 88 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

89. Answering Paragraph 89 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

90. Answering Paragraph 90 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

91. Answering Paragraph 91 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

92. Answering Paragraph 92 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

the truth of the allegations in this Paragraph and, therefore, denies the allegations.

93. Answering Paragraph 93 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

94. Answering Paragraph 94 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

95. Answering Paragraph 95 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

96. Answering Paragraph 96 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

97. Answering Paragraph 97 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

98. Answering Paragraph 98 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

99. Answering Paragraph 99 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

100. Answering Paragraph 100 of the Complaint, JGF denies these allegations.

101. Answering Paragraph 101 of the Complaint, JGF denies these allegations.

102. Answering Paragraph 102 of the Complaint, JFG denies these allegations.

103. Answering Paragraph 103 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

104. Answering Paragraph 104 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

105. Answering Paragraph 105 of the Complaint, as to the allegations regarding JGF, JFG denies these allegations. As to the remainder of the allegations in this Paragraph, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

106. Answering Paragraph 106 of the Complaint, JGF denies these allegations.

107. Answering Paragraph 107 of the Complaint, JGF denies these allegations.

108. Answering Paragraph 108 of the Complaint, JGF denies these allegations.

109. Answering Paragraph 109 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

the truth of the allegations in this Paragraph and, therefore, denies the allegations.

110. Answering Paragraph 110 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

111. Answering Paragraph 111 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

112. Answering Paragraph 112 of the Complaint, JGF denies these allegations.

113. Answering Paragraph 113 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

114. Answering Paragraph 114 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

115. Answering Paragraph 115 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

116. Answering Paragraph 116 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

117. Answering Paragraph 117 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

118. Answering Paragraph 118 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

119. Answering Paragraph 119 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

120. Answering Paragraph 120 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

121. Answering Paragraph 121 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

122. Answering Paragraph 122 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

123. Answering Paragraph 123 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

124. Answering Paragraph 124 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required,

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

125. Answering Paragraph 125 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

126. Answering Paragraph 126 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

127. Answering Paragraph 127 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

128. Answering Paragraph 128 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

129. Answering Paragraph 129 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

130. Answering Paragraph 130 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

131. Answering Paragraph 131 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 Fax: (619) 810-4301

required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

132. Answering Paragraph 132 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

133. Answering Paragraph 133 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

134. Answering Paragraph 134 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

135. Answering Paragraph 135 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

136. Answering Paragraph 136 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

## FIRST CAUSE OF ACTION

**Express Indemnity**

**(Against JGH)**

137. Answering Paragraph 137 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

138. Answering Paragraph 138 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

139. Answering Paragraph 139 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

140. Answering Paragraph 140 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

141. Answering Paragraph 141 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

142. Answering Paragraph 142 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

143. Answering Paragraph 143 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

**<u>SECOND CAUSE OF ACTION</u>**

**Equitable Indemnity**

**(Against JGH and Brown)**

144. Answering Paragraph 144 of the Complaint, this Paragraph

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

"incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

145. Answering Paragraph 145 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

146. Answering Paragraph 146 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

147. Answering Paragraph 147 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

148. Answering Paragraph 148 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

149. Answering Paragraph 149 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

150. Answering Paragraph 150 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

///

///

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

**<u>THIRD CAUSE OF ACTION</u>**

**Breach of Duty to Defend**

**(Against JGH)**

151. Answering Paragraph 151 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

152. Answering Paragraph 152 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

153. Answering Paragraph 153 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

154. Answering Paragraph 154 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

155. Answering Paragraph 155 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

156. Answering Paragraph 156 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

157. Answering Paragraph 157 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

158. Answering Paragraph 158 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

## FOURTH CAUSE OF ACTION

### Breach of Fiduciary Duty

### (Plaintiff, Derivatively on behalf of JGH, Against Brown)

159. Answering Paragraph 159 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

160. Answering Paragraph 160 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

161. Answering Paragraph 161 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

162. Answering Paragraph 162 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

## FIFTH CAUSE OF ACTION

### Breach of Contract

### (Against JGH and Brown)

163. Answering Paragraph 163 of the Complaint, this Paragraph

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

"incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

164. Answering Paragraph 164 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

165. Answering Paragraph 165 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

166. Answering Paragraph 166 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

167. Answering Paragraph 167 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

**SIXTH CAUSE OF ACTION**

**Fraud**

**(Against Brown)**

168. Answering Paragraph 168 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

169. Answering Paragraph 169 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

170. Answering Paragraph 170 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

171. Answering Paragraph 171 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

172. Answering Paragraph 172 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

173. Answering Paragraph 173 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

174. Answering Paragraph 174 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

175. Answering Paragraph 175 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

176. Answering Paragraph 176 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

**SEVENTH CAUSE OF ACTION**

**California Corporations Code § 316(a)**

**(Plaintiff, Derivatively on behalf of JGH, Against Brown)**

177. Answering Paragraph 177 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

178. Answering Paragraph 178 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

179. Answering Paragraph 179 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

180. Answering Paragraph 180 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

**EIGHTH CAUSE OF ACTION**

**Aiding and Abetting Breach of Fiduciary Duty**

**(Plaintiff, Derivatively on behalf of JGH, Against the Alter Egos & C3 Limo)**

181. Answering Paragraph 181 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

182. Answering Paragraph 182 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

///

183. Answering Paragraph 183 of the Complaint, JGF denies these allegations.

184. Answering Paragraph 184 of the Complaint, JGF denies these allegations.

185. Answering Paragraph 185 of the Complaint, JGF denies these allegations.

**NINTH CAUSE OF ACTION**

**Conspiracy to Breach Fiduciary Duty**

**(Plaintiff, Derivatively on behalf of JGH, Against Brown, the Alter Egos & C3 Limo)**

186. Answering Paragraph 186 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

187. Answering Paragraph 187 of the Complaint, JGF denies these allegations.

188. Answering Paragraph 188 of the Complaint, JGF denies these allegations.

189. Answering Paragraph 189 of the Complaint, JGF denies these allegations.

190. Answering Paragraph 190 of the Complaint, JGF denies these allegations.

191. Answering Paragraph 191 of the Complaint, JGF denies these allegations.

192. Answering Paragraph 192 of the Complaint, JGF denies these allegations.

///

///

///

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

## TENTH CAUSE OF ACTION

**Unjust Enrichment**

**(Plaintiff, Derivatively on behalf of JGH, Against Brown)**

193. Answering Paragraph 193 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

194. Answering Paragraph 194 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

195. Answering Paragraph 195 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

196. Answering Paragraph 196 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

## ELEVENTH CAUSE OF ACTION

**Quasi-Contract/Promissory Estoppel**

**(Against Brown)**

197. Answering Paragraph 197 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

198. Answering Paragraph 198 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 Fax: (619) 810-4301

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

199. Answering Paragraph 199 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

200. Answering Paragraph 200 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

201. Answering Paragraph 201 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

202. Answering Paragraph 202 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

## TWELFTH CAUSE OF ACTION

**Conversion**

**(Plaintiff, Derivatively on behalf of JGH, Against Brown)**

203. Answering Paragraph 203 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

204. Answering Paragraph 204 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

205. Answering Paragraph 205 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is

required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

206. Answering Paragraph 206 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

## THIRTEENTH CAUSE OF ACTION

**Conspiracy to Commit Conversion**

**(Plaintiff, Derivatively on behalf of JGH, Against Brown, the Alter Egos & C3 Limo)**

207. Answering Paragraph 207 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

208. Answering Paragraph 208 of the Complaint, JGF denies these allegations.

209. Answering Paragraph 209 of the Complaint, JGF denies these allegations.

210. Answering Paragraph 210 of the Complaint, JGF denies these allegations.

211. Answering Paragraph 211 of the Complaint, JGF denies these allegations.

## FOURTEENTH CAUSE OF ACTION

**Money Has and Received**

**(Plaintiff, Derivatively on behalf of JGH, Against Brown, the Alter Egos & C3 Limo)**

212. Answering Paragraph 212 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

213. Answering Paragraph 213 of the Complaint, JGF denies these allegations.

214. Answering Paragraph 214 of the Complaint, JGF denies these allegations.

215. Answering Paragraph 215 of the Complaint, JGF denies these allegations.

**FIFTEENTH CAUSE OF ACTION**

**California Penal Code § 502**

**(Against Brown)**

216. Answering Paragraph 216 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

217. Answering Paragraph 217 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

218. Answering Paragraph 218 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

219. Answering Paragraph 219 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

220. Answering Paragraph 220 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

221. Answering Paragraph 221 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

222. Answering Paragraph 222 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

223. Answering Paragraph 223 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

224. Answering Paragraph 224 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

225. Answering Paragraph 225 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

226. Answering Paragraph 226 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

## SIXTEENTH CAUSE OF ACTION

**Intentional Infliction of Emotional Distress**

**(Against Brown)**

227. Answering Paragraph 227 of the Complaint, this Paragraph

"incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

228. Answering Paragraph 228 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

229. Answering Paragraph 229 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

230. Answering Paragraph 230 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

231. Answering Paragraph 231 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

232. Answering Paragraph 232 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

233. Answering Paragraph 233 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

234. Answering Paragraph 234 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required,

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 Fax: (619) 810-4301

required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

## SEVENTEENTH CAUSE OF ACTION

### Intrusion into Private Affairs

### (Against Brown)

235. Answering Paragraph 235 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

236. Answering Paragraph 236 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

237. Answering Paragraph 237 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

238. Answering Paragraph 238 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

239. Answering Paragraph 239 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

240. Answering Paragraph 240 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 Fax: (619) 810-4301

241. Answering Paragraph 241 of the Complaint, these allegations are not asserted against JGF such that no response is required. To the extent a response is required, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

**EIGHTEENTH CAUSE OF ACTION**

**Accounting**

**(Against Brown and JGH and the Alter Egos)**

242. Answering Paragraph 242 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

243. Answering Paragraph 243 of the Complaint, JGF is without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and, therefore, denies the allegations.

244. Answering Paragraph 244 of the Complaint, JGF denies these allegations.

245. Answering Paragraph 245 of the Complaint, JGF denies these allegations.

**NINETEENTH CAUSE OF ACTION**

**Declaratory Relief**

**(Against Brown and JGH and the Alter Egos)**

246. Answering Paragraph 246 of the Complaint, this Paragraph "incorporates" prior Paragraphs to which JGF responded separately. JGF therefore incorporates its responses to those paragraphs as though set forth herein.

247. Answering Paragraph 247 of the Complaint, JGF denies these allegations.

248. Answering Paragraph 248 of the Complaint, JGF denies these allegations.

///

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

## PRAYER FOR RELIEF

a. JGF denies that Plaintiff is entitled to the relief requested.

b. JGF denies that Plaintiff is entitled to the relief requested.

c. JGF denies that Plaintiff is entitled to the relief requested.

d. JGF denies that Plaintiff is entitled to the relief requested.

e. JGF denies that Plaintiff is entitled to the relief requested.

f. JGF denies that Plaintiff is entitled to the relief requested.

g. JGF denies that Plaintiff is entitled to the relief requested.

h. JGF denies that Plaintiff is entitled to the relief requested.

i. JGF denies that Plaintiff is entitled to the relief requested.

j. JGF denies that Plaintiff is entitled to the relief requested.

k. JGF denies that Plaintiff is entitled to the relief requested.

## AFFIRMATIVE DEFENSES

For its separate and independent affirmative defenses in this action, and without conceding that they bear the burden of proof or persuasion as to any of these defenses, Jet Genius Florida alleges the affirmative defenses set forth below.

### FIRST AFFIRMATIVE DEFENSE

As a first, separate, affirmative defense to the Second Amended Complaint herein, Jet Genius Florida Holdings, Inc. alleges that the Second Amended Complaint, and each and every cause of action or purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action against Jet Genius Florida Holdings, Inc.

### SECOND AFFIRMATIVE DEFENSE

As a second, separate, affirmative defense to the Second Amended Complaint herein, Jet Genius Florida Holdings, Inc. alleges that Plaintiff, by his own acts and omissions, has waived his rights, if any, to recover against Jet Genius Florida Holdings, Inc., including by way of agreements he signed with other Defendants in this action.

**THIRD AFFIRMATIVE DEFENSE**

As a third, separate, affirmative defense to the Second Amended Complaint herein, Defendant Jet Genius Florida Holdings, Inc. alleges that the acts and omissions that Plaintiff alleges were committed by Jet Genius Florida Holdings, Inc. have no causal connection, legally or proximately, to the damages Plaintiff alleges he suffered.

**FOURTH AFFIRMATIVE DEFENSE**

As a fourth, separate, affirmative defense to the Second Amended Complaint, Defendant Jet Genius Florida Holdings, Inc. alleges that the Second Amended Complaint is barred by the applicable Statute of Limitations.

**FIFTH AFFIRMATIVE DEFENSE**

As a fifth, separate, affirmative defense to the Second Amended Complaint, Defendant Jet Genius Florida Holdings, Inc. alleges that Plaintiffs' claims for conspiracy to breach fiduciary duty and conspiracy to commit conversion are barred by the intra-corporate conspiracy doctrine as Defendant Jordan Brown is alleged to be the sole director and officer of Jet Genius Florida Holdings, Inc.

**SIXTH AFFIRMATIVE DEFENSE**

As a sixth, separate, affirmative defense to the Second Amended Complaint, Defendant Jet Genius Florida Holdings, Inc. alleges that Plaintiff, by his own acts and conduct, has consented to all conduct as alleged to have been conducted by Jet Genius Florida Holdings, Inc.

**SEVENTH AFFIRMATIVE DEFENSE**

As a seventh, separate, affirmative defense to the Second Amended Complaint, Defendant Jet Genius Florida Holdings, Inc. alleges that the causes of action asserted by Plaintiff are barred, or recovery should be reduced, because any such recovery would result in unjust enrichment.

///

///

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 Fax: (619) 810-4301

**EIGHTH AFFIRMATIVE DEFENSE**

As an eighth, separate, affirmative defense to the Second Amended Complaint, Defendant Jet Genius Florida Holdings, Inc. alleges that it is not responsible or liable in any way for the damages or loss alleged in the Second Amended Complaint. However, if Jet Genius Florida Holdings, Inc. is found to be liable or responsible for any or all of the alleged damages or loss, Jet Genius Florida Holdings, Inc. alleges that its liability, if any, is not the sole proximate cause of the damages and loss, and that the damages awarded to Plaintiff, if any, should be apportioned according to the respective fault and legal responsibility of all parties, persons and entities, and their agents, servants, and employees who contributed to and/or caused such damages or loss according to the proof presented at the time of trial.

WHEREFORE, JGF prays for judgment as follows:

i. That Plaintiff take nothing by way of his Complaint;

ii. That this Court enter judgment in favor of JGF;

iii. That this Court award JGF its reasonable costs and attorneys' fees to the fullest extent allowed by law; and

iv. That this Court grant JGF such other and further relief as the Court deems just and equitable.

DATED: October 5, 2023 HAHN LOESER & PARKS LLP

By: /s/ Gabe P. Wright
Gabe P. Wright
Attorney for Defendant Jet Genius Florida Holdings, Inc.

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 □ Fax: (619) 810-4301

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record in this case.

By: /s/ Gabe P. Wright
Gabe P. Wright