UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff AARON STANZ, individually and derivatively on behalf of Jet Genius Holdings, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Defendants JORDAN BROWN; et al.,<br><br>Defendants,<br><br>and<br><br>JET GENIUS HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No.: 3:22-cv-01164-GPC-JLB<br><br>**ORDER TO FILE RESPONSE TO MOTION TO WITHDRAW AS COUNSEL**<br><br>**[ECF No. 179]** |

Pursuant to Local Civil Rule 83.3(f)(3), the law firm of Higgs Fletcher & Mack, and all attorneys associated with it including Sean M. Sullivan and Justin M. Martin ("Movant"), filed an *ex parte* motion to withdraw as counsel for Defendants Bowman Aviation, Inc., Jet Agency Global LLC, C3 Limo LLC, Jordan Brown, Jet Genius Holdings, Inc., Jet Genius Florida Holdings, Inc., C3 Jets LLC ("Defendants"), on

1

grounds that Defendants did not meet the material terms of the Engagement Agreement, thus permitting withdrawal under Rule 1.16(b)(5) of California's Rules of Professional Conduct.  ECF No. 179.

Defendants have yet to file their own response to this motion.  In considering a motion to withdraw as counsel, the Court must account for several factors, including whether the motion is opposed or joined by the party in question and the harm that withdrawal might cause to the administration of justice.  *See In re Saber*, No. 21-55913, 2022 WL 11592836, at *1 (9th Cir. Oct. 20, 2022).  Most Defendants in this case are corporate entities, and they must proceed with counsel; the time to retain replacement counsel may prejudice their claims.  Defendants' lack of response prevents the Court from engaging in a fulsome inquiry on these factors and more.

Having considered the motion, and in light of the issues regarding the derivative claims, the Court **ORDERS** Defendants to file a response expressing whether they have objections to the *ex parte* motion and whether and how they intend to retain substitute counsel.  This response shall be due within one week of this Order.

**IT IS SO ORDERED.**

Dated:  January 7, 2025

Hon. Gonzalo P. Curiel
United States District Judge