UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff AARON STANZ, individually and derivatively on behalf of Jet Genius Holdings, Inc.,

Plaintiff,

v.

Defendants JORDAN BROWN; et al.,

Defendants,

and

JET GENIUS HOLDINGS, INC.,

Nominal Defendant.

Case No.: 3:22-cv-01164-GPC-JLB

**ORDER DENYING AS MOOT MOTION TO DISMISS DERIVATIVE CLAIMS**

**[ECF No. 166]**

On November 21, 2024, Defendants motioned to dismiss Plaintiff Aaron Stanz's ("Plaintiff") derivative claims on the grounds that Plaintiff could not pursue his derivative claims without being represented by legal counsel. ECF No. 166. On December 10, 2024, attorney Matt Blum appeared as counsel of record on behalf of Plaintiff both as an individual and with respect to his derivative claims. ECF No. 178. On December 23,

2024, Plaintiff filed a response to the Motion to Dismiss Derivative Claims, arguing that the Motion to Dismiss was now rendered moot. ECF No. 180.

The Court finds that Defendants' Motion to Dismiss Derivative Claims was solely based on the prior fact that Plaintiff was unrepresented by counsel. Now that Plaintiff has retained counsel, Defendants' Motion is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: January 7, 2025

Hon. Gonzalo P. Curiel
United States District Judge