Matt Blum, Esq., SBN: 285944
The Law Office of Matt Blum
550 W C Street, Suite 960
San Diego, CA 92101
Mblumlaw@gmail.com
Tel: 860-271-6273
Fax: 619-238-1351

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff AARON STANZ, individually and derivatively on behalf of Jet Genius Holdings, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Defendants JORDAN BROWN; JET GENIUS HOLDINGS, INC.; JET GENIUS FLORIDA HOLDINGS, INC.; C3JETS LLC; BOWMAN AVIATION, INC.; JET AGENCY GLOBAL, LLC; C3 LIMO LLC; JETCHARTER.COM LLC; and DOES 1-20,<br><br>Defendants,<br><br>and<br><br>JET GENIUS HOLDINGS, INC.,<br>Nominal Defendant. | Case No. 3:22-cv-01164-GPC-JLB<br><br>Dist. Judge: Hon. Gonzalo P. Curiel<br>Mag. Judge: Hon. Jill L. Burkhardt<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO ENFORCE FEE AWARD (ECF 224) AND FOR CIVIL CONTEMPT RE NON-PAYMENT; REQUEST FOR COERCIVE PER-DIEM FINE AND ADDITIONAL FEES**<br><br>*[Filed concurrently with Declaration of Matt Blum, and [Proposed] Order Granting Motion to Enforce Fee Award]*<br><br>Date: November 20, 2025 |
| AND RELATED COUNTERCLAIM. | No Oral Argument Unless Requested by the Court<br><br>Complaint Filed: August 8, 2022<br>SAC Filed: August 21, 2023<br>Trial Date: Not Yet Set |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE pursuant to Court order entered on August 14, 2025, Plaintiff will and hereby does move the Court for an Order (i) enforcing the Court's fee award in ECF No. 224; (ii) adjudging Defendants in civil contempt for failing to pay the award by the Court-ordered deadline; (iii) imposing a purgeable, coercive per-diem fine until full payment; and (iv) awarding Plaintiff additional reasonable attorney's fees and costs incurred in bringing this enforcement motion.

This motion is narrowly scoped to non-payment of the ECF 224 fee award and does not re-argue issues that are the subject of the pending OSC (*See* ECF No. 223).

PLEASE TAKE FURTHER NOTICE that this motion is based on this Notice and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Plaintiff's Counsel Attorney Matt Blum, the Court's docket (including ECF 215, 223, and 224), and such further matters as the Court may consider.

DATED: October 17, 2025

By: /s/ *Matthew M. Blum*

Matt Blum, Esq.
The Law Office of Matt Blum
Attorney for Plaintiff