Matt Blum, Esq., SBN: 285944
The Law Office of Matt Blum
550 W C Street, Suite 960
San Diego, CA 92101
Mblumlaw@gmail.com
Tel: 860-271-6273
Fax: 619-238-1351

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff AARON STANZ, individually and derivatively on behalf of Jet Genius Holdings, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Defendants JORDAN BROWN; JET GENIUS HOLDINGS, INC.; JET GENIUS FLORIDA HOLDINGS, INC.; C3JETS LLC; BOWMAN AVIATION, INC.; JET AGENCY GLOBAL, LLC; C3 LIMO LLC; JETCHARTER.COM LLC; and DOES 1-20,<br><br>Defendants,<br><br>and<br><br>JET GENIUS HOLDINGS, INC.,<br>Nominal Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3:22-cv-01164-GPC-JLB<br><br>Dist. Judge: Hon. Gonzalo P. Curiel<br>Mag. Judge: Hon. Jill L. Burkhardt<br><br>**DECLARATION OF MATTHEW BLUM IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE FEE AWARD (ECF 224) AND FOR CIVIL CONTEMPT RE NON-PAYMENT; REQUEST FOR COERCIVE PER-DIEM FINE AND ADDITIONAL FEES**<br><br>Date: November 20, 2025<br><br>No Oral Argument Unless Requested by the Court<br><br>Complaint Filed: August 8, 2022<br>SAC Filed: August 21, 2023<br>Trial Date: Not Yet Set |

I, Matthew Blum, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and admitted to practice before this Court. I am counsel of record for Plaintiff Aaron Stanz in the above-captioned matter. I make this declaration based on my personal knowledge and my review of the files and records maintained in this case. If called as a witness, I could and would competently testify to the facts stated herein.

2. On August 14, 2025, the Court awarded Plaintiff $11,440.00 in attorneys' fees under Rule 37 and ordered payment within thirty (30) days. As of October 27, 2025 2025, Defendants have neither paid nor sought relief from that obligation.

3. I have met and conferred with Counsel for Defendant via email and phone call with respect to his client's failure to abide by this Court's Order. No explanation for non-payment has been provided, and counsel for Defendant has been unable to provide assurances that payment is going to be made.

4. While Counsel for the Defendant has remained professional, it is clear that his client does not respect this Court, does not intend to comply with this Court Order, and is not taking this case seriously.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

This declaration is executed on October 17, 2025 in San Diego, California.

DATED: October 17, 2025

By: */s/Matthew M. Blum*

Matt Blum, Esq.
The Law Office of Matt Blum