**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| Case Name: | **Stanz v. Brown, et al.** | Case No.: | **22-cv-1164-GPC-JLB** |
|---|---|---|---|

The parties' Joint Motion to Propose Revised Schedule (ECF No. 244) is **GRANTED**, and the schedule is amended as follows:

| **Event** | **Deadline** |
|---|---|
| Pre-trial disclosure | August 14, 2026 |
| Counsel to meet regarding pretrial matters | August 21, 2026 |
| Prepare and review the pretrial order | August 28, 2026 |
| Lodge final Pretrial Conference Order | September 11, 2026 |
| Final Pretrial Conference | September 18, 2026, at 1:30 p.m. |

No previously expired dates are revived.

Date: June 17, 2026

Initials: lc1
Chambers of the Hon. Jill L. Burkhardt