Matt Blum, Esq., SBN: 285944
The Law Office of Matt Blum
550 W C Street, Suite 960
San Diego, CA 92101
Mblumlaw@gmail.com
Tel: 860-271-6273
Fax: 619-238-1351

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff AARON STANZ, individually and derivatively on behalf of Jet Genius Holdings, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Defendants JORDAN BROWN; JET GENIUS HOLDINGS, INC.; JET GENIUS FLORIDA HOLDINGS, INC.; C3JETS LLC; BOWMAN AVIATION, INC.; JET AGENCY GLOBAL, LLC; C3 LIMO LLC; JETCHARTER.COM LLC; and DOES 1-20,<br><br>Defendants,<br><br>and<br><br>JET GENIUS HOLDINGS, INC.,<br>Nominal Defendant. | Case No. 3:22-cv-01164-GPC-JLB<br><br>Dist. Judge: Hon. Gonzalo P. Curiel<br>Mag. Judge: Hon. Jill L. Burkhardt<br><br>**JOINT MOTION TO PROPOSE REVISED SCHEDULE**<br><br>Complaint Filed: August 8, 2022<br>SAC Filed: August 21, 2023<br>Trial Date: Not Yet Set |
| AND RELATED COUNTERCLAIM. | |

WHEREFORE Plaintiff Aaron Stanz ("Plaintiff") and Defendants Jordan Brown, C3Jets LLC, Bowman Aviation, Inc., Jet Agency Global LLC, C3 Limo LLC, ("Defendants"), through undersigned counsel of record, agree and state as

follows in support of this Joint Motion:

WHEREAS, new counsel for the Defendants have recently filed an ex parte application to withdraw as counsel in this matter due to irreconcilable differences with their client. The motion is set to be heard on August 21, 2026 at 1:30 p.m. ECF 251. Given the current strain on the relationship with their client, it would be extremely difficult for Defense counsel to adequately comply with the extensive pre-trial filing deadlines that are quickly approaching.

WHEREAS, counsel for Plaintiff has stated that they do not intend to oppose the motion.

WHEREAS, in order for Defendant to have reasonable time to obtain new counsel following the likely withdrawal of current representation, the parties stipulate to the following continuance of current pre-trial dates and deadlines:

**Proposed Revised Schedule**

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Pre-trial disclosure | August 14, 2026 | November 13, 2026 |
| Counsel to meet regarding pretrial matters | August 21, 2026 | November 20, 2026 |
| Prepare and review the pretrial order | August 28, 2026 | November 27, 2026 |
| Lodge final Pretrial Conference Order | September 11, 2026 | December 11, 2026 |
| Final Pretrial Conference | September 18, 2028 | December 18, 2026 |

Dated: July 30, 2026

*/s Matthew M Blum, Esq.*
Matt Blum, Esq.
The Law Office of Matt Blum
Attorney for Plaintiffs

Dated: July 30, 2026

*/s Adam Grant, Esq.*

Adam Grant, Esq.
Grant Shenon Almaraz, APLC
Attorney for Defendants

`