ADAM D.H. GRANT (State Bar No. 153271)
agrant@grantshenon.com
NEELOUFAR MAHROUYAN (State Bar No. 331679)
nmahrouyan@grantshenon.com
GRANT | SHENON | ALMARAZ
A Professional Law Corporation
15165 Ventura Boulevard, Suite 200
Sherman Oaks, California 91403
PHONE: (818) 881-5000; FAX: (818) 881-1150

Attorneys for Defendants JORDAN BROWN
BOWMAN AVIATION, INC.; JET AGENCY GLOBAL, LLC;
C3 JETS LLC; C3 LIMO, LLC; JETCHARTER.COM, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STANZ, individually and derivatively on behalf of Jet Genius Holdings, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN BROWN; JET GENIUS HOLDINGS, INC.; JET GENIUS FLORIDA HOLDINGS, INC.; C3JETS LLC; BOWMAN AVIATION, INC.; JET AGENCY GLOBAL, LLC; C3 LIMO LLC; JETCHARTER.COM LLC; and DOES 1-20,<br><br>Defendants. | CASE NO. 3:22-cv-01164-GPC-JLB<br><br>[Assigned to Honorable Gonzalo P. Curiel / Referred to Magistrate Judge Jill L. Burkhardt]<br><br>**GRANT SHENON ALMARAZ, APLC'S NOTICE OF WITHDRAW OF ITS EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANTS AND SUPPORTING IN CAMERA DOCUMENTS** |
| AND RELATED COUNTERCLAIM | Complaint Filed: August 8, 2022<br>Trial Date: None Set. |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

GRANT | SHENON | ALMARAZ, A Professional Law Corporation ("GSA"), and all attorneys associated with GSA who have appeared in this action, hereby withdraw their Ex Parte Application for an order permitting GSA to withdraw as counsel of record for Defendants Jordan Brown, Bowman Aviation, Inc., Jet Agency

Global, LLC, C3 Jets LLC, C3 Limo, LLC, and JetCharter.com, LLC (collectively, "Defendants") as well as the documents submitted in support of the application for in camera review.

GSA withdraws this application without prejudice to its right to seek further relief as to any outstanding disputes that may arise.

Dated: August 26, 2026

GRANT | SHENON | ALMARAZ
A Professional Law Corporation

By:____________________
ADAM D.H. GRANT
NEELOUFAR MAHROUYAN
Counsel for Defendants