ADAM D.H. GRANT (State Bar No. 153271)
agrant@grantshenon.com
NEELOUFAR MAHROUYAN (State Bar No. 331679)
nmahrouyan@grantshenon.com
GRANT | SHENON | ALMARAZ
A Professional Law Corporation
15165 Ventura Boulevard, Suite 200
Sherman Oaks, California 91403
PHONE: (818) 881-5000; FAX: (818) 881-1150

Attorneys for Defendants JORDAN BROWN
BOWMAN AVIATION, INC.; JET AGENCY GLOBAL, LLC;
C3 JETS LLC; C3 LIMO, LLC; JETCHARTER.COM, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

AARON STANZ, individually and derivatively on behalf of Jet Genius Holdings, Inc.,

Plaintiffs,

vs.

JORDAN BROWN; JET GENIUS HOLDINGS, INC.; JET GENIUS FLORIDA HOLDINGS, INC.; C3JETS LLC; BOWMAN AVIATION, INC.; JET AGENCY GLOBAL, LLC; C3 LIMO LLC; JETCHARTER.COM LLC; and DOES 1-20,

Defendants.

AND RELATED COUNTERCLAIM

CASE NO. 3:22-cv-01164-GPC-JLB

[Assigned to Honorable Gonzalo P. Curiel / Referred to Magistrate Judge Jill L. Burkhardt]

**DECLARATION OF JORDAN BROWN IN SUPPORT OF DEFENDANT C3 JETS, LLC'S COMPLIANCE WITH COURT ORDER RE PRODUCTION OF CHECK REGISTERS AND GENERAL LEDGERS**

**[ECF Nos. 215, 236]**

Complaint Filed: August 8, 2022
Trial Date: None Set.

**DECLARATION OF JORDAN BROWN**

I, JORDAN BROWN, declare and state as follows:

1. I am an individual residing in the State of Florida. I am a Defendant in the above-captioned action and the Managing Member of Defendant C3 Jets, LLC. I make this declaration of my own personal knowledge, and if called as a witness, I could and

would testify competently to the matters set forth herein.

2. I submit this declaration in connection with Defendant C3 Jets, LLC's compliance obligations under the Court's Order Granting Plaintiff's Motion to Compel, dated June 6, 2025 (ECF No. 215), ¶6, and the Order and Report and Recommendation dated January 29, 2026 (ECF No. 236), which require Defendant C3 Jets, LLC to produce all check registers and general ledgers since December 13, 2016, responsive to Plaintiff's Request for Production No. 19, and to file a declaration with the Court confirming that production has been completed or that a reasonable inquiry has been made and no further responsive documents exist.

3. Plaintiff's Request for Production No. 19 directed to C3 Jets, LLC requests: "All Your check registers and general ledgers since December 13, 2016."

4. C3 Jets, LLC was formed on April 23, 2021. Accordingly, no check registers, general ledgers, or other financial records exist for C3 Jets, LLC for any period prior to its formation. After a reasonable inquiry, I have confirmed that no responsive documents exist for the period from December 13, 2016 through April 22, 2021.

5. On September 10, 2026, Defendant C3 Jets, LLC produced to Plaintiff's counsel of record the check register for C3 Jets, LLC covering the period from May 10, 2021 through January 17, 2023, which represents the full period during which C3 Jets, LLC maintained active financial records. This is the only check register in C3 Jets, LLC's possession, custody, or control responsive to Plaintiff's Request for Production No. 19.

6. After a reasonable inquiry, I have determined that no general ledger exists in C3 Jets, LLC's possession, custody, or control.

7. To the best of my knowledge and belief, the production described in Paragraph 5 above, together with the representations in Paragraphs 4 and 6, represent a complete response to Plaintiff's Request for Production No. 19. No further responsive documents exist in C3 Jets, LLC's possession, custody, or control.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 9/10/2026, at Naples, Florida.

DocuSigned by:
Jordan Brown
A0E43CEBFAF1408...
JORDAN BROWN