Matt Blum, Esq., SBN: 285944
The Law Office of Matt Blum
550 W C Street, Suite 960
San Diego, CA 92101
Mblumlaw@gmail.com
Tel: 860-271-6273
Fax: 619-238-1351

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff AARON STANZ, individually and derivatively on behalf of Jet Genius Holdings, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Defendants JORDAN BROWN; JET GENIUS HOLDINGS, INC.; JET GENIUS FLORIDA HOLDINGS, INC.; C3JETS LLC; BOWMAN AVIATION, INC.; JET AGENCY GLOBAL, LLC; C3 LIMO LLC; JETCHARTER.COM LLC; and DOES 1-20,<br><br>Defendants,<br><br>and<br><br>JET GENIUS HOLDINGS, INC.,<br>Nominal Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3:22-cv-01164-GPC-JLB<br><br>Dist. Judge: Hon. Gonzalo P. Curiel<br>Mag. Judge: Hon. Jill L. Burkhardt<br><br>**REQUEST FOR ENTRY OF DEFAULT**<br><br>Complaint Filed: August 8, 2022<br>SAC Filed: August 21, 2023<br>Trial Date: Not Yet Set |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISCTRICT OF CALIFORNIA:

Plaintiff Aaron Stanz, individually and derivatively on behalf of Jet Genius Holdings, Inc. ("Plaintiff"), respectfully requests that the Clerk of the Court enter the default of Defendant JET GENIUS FLORIDA HOLDINGS, INC. ("Defendant") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Civil Local Rule 83.3(j), for failure to plead, defend, or appear through licensed counsel.

1. Defendant Jet Genius Florida Holdings, Inc. is a corporate entity. Under well-established Ninth Circuit authority and Civil Local Rule 83.3(j), corporations, partnerships, and other unincorporated associations may appear in this Court only through an attorney admitted to practice before this Court. See *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–02 (1993); *United States v. High Country Broad. Co.,* 3 F.3d 1244, 1245 (9th Cir. 1993) (affirming entry of default against corporate defendant that failed to retain counsel).
2. Defendant was most recently represented in this action by attorney Justin Brennan Murphy.
3. On June 17, 2026, representation by Justin Brennan Murphy was terminated, leaving Defendant unrepresented.
4. More than thirty (30) days have elapsed since the withdrawal and termination of Defendant's counsel on June 17, 2026, and to date, no licensed attorney has entered an appearance or substituted in on behalf of Defendant Jet Genius Florida Holdings, Inc.
5. Because an artificial entity cannot proceed pro se, Defendant Jet Genius Florida Holdings, Inc. has failed to plead, defend, or otherwise properly appear in this action as required by law.
6. As demonstrated in the accompanying Declaration of Matthew M. Blum, Defendant is not an infant or incompetent person, nor is it in military service under the Servicemembers Civil Relief Act.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Jet Genius Florida Holdings, Inc. pursuant to Federal Rule of Civil Procedure 55(a).

Dated: September 14, 2026

Respectfully submitted,

THE LAW OFFICE OF MATT BLUM
By: *<u>/s/ Matthew M. Blum</u>*
Matthew M. Blum, Esq.
Attorney for Plaintiff Aaron Stanz