Matt Blum, Esq., SBN: 285944
The Law Office of Matt Blum
550 W C Street, Suite 960
San Diego, CA 92101
Mblumlaw@gmail.com
Tel: 860-271-6273
Fax: 619-238-1351

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff AARON STANZ, individually and derivatively on behalf of Jet Genius Holdings, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Defendants JORDAN BROWN; JET GENIUS HOLDINGS, INC.; JET GENIUS FLORIDA HOLDINGS, INC.; C3JETS LLC; BOWMAN AVIATION, INC.; JET AGENCY GLOBAL, LLC; C3 LIMO LLC; JETCHARTER.COM LLC; and DOES 1-20,<br><br>Defendants,<br><br>and<br><br>JET GENIUS HOLDINGS, INC.,<br>Nominal Defendant. | Case No. 3:22-cv-01164-GPC-JLB<br><br>Dist. Judge: Hon. Gonzalo P. Curiel<br>Mag. Judge: Hon. Jill L. Burkhardt<br><br>**DECLARATION OT ATTORNEY MATT BLUM IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**<br><br>Complaint Filed: August 8, 2022<br>SAC Filed: August 21, 2023<br>Trial Date: Not Yet Set |
| AND RELATED COUNTERCLAIM. | |

DECLARATION OF MATTHEW M. BLUM IN SUPPORT OF PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT JET GENIUS FLORIDA HOLDINGS, INC.

I, Matthew M. Blum, declare as follows:

1. I am an attorney licensed to practice law before all courts of the State of California and admitted to practice before the United States District Court for the Southern District of California.
2. I am counsel of record for Plaintiffs in the above-captioned matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.
3. Defendant Jet Genius Florida Holdings, Inc. is a named corporate defendant in this action.
4. Defendant was most recently represented in this action by attorney Justin Brennan Murphy.
5. On June 17, 2026, Justin Brennan Murphy's representation of Jet Genius Florida Holdings, Inc. was terminated.
6. Since June 17, 2026, Defendant Jet Genius Florida Holdings, Inc. has purported to proceed pro se.
7. However, under Civil Local Rule 83.3(j) and Ninth Circuit precedent, a corporation or artificial entity may not represent itself or appear in this Court pro se, and must appear through licensed counsel.
8. Well over thirty (30) days have passed since the termination of counsel on June 17, 2026.
9. As of the date of this declaration, no licensed counsel has substituted in or filed a notice of appearance on behalf of Defendant Jet Genius Florida Holdings, Inc.
10. Defendant Jet Genius Florida Holdings, Inc. has therefore failed to appear, answer, plead, or otherwise defend this action through counsel of record.

11. Defendant Jet Genius Florida Holdings, Inc. is a corporate entity and is not a natural person, minor, or incompetent person, and the provisions of the Servicemembers Civil Relief Act (50 U.S.C. § 3931) do not apply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2026, at San Diego, California.

*/s/ Matthew M. Blum*

Matthew M. Blum, Esq.