UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AARON STANZ, individually and derivatively on behalf of Jet Genius Holdings, Inc.,

Plaintiff,

v.

JORDAN BROWN; JET GENIUS HOLDINGS, INC.; JET GENIUS FLORIDA HOLDINGS, INC.; C3JETS LLC; BOWMAN AVIATION, INC.; JET AGENCY GLOBAL, LLC; C3 LIMO LLC; JETCHARTER.COM LLC; and DOES 1-20,

Defendants,

and

JET GENIUS HOLDINGS, INC.,

Nominal Defendant.

Case No. 3:22-CV-01164-GPC-JLB

**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT AGAINST DEFENDANT JET GENIUS FLORIDA HOLDINGS, INC.**

**[ECF Nos. 203, 204, 243, 245, 249, 257, 260, 265]**

On September 14, 2026, Plaintiff issued a request for entry of default against Defendant Jet Genius Florida Holdings, Inc. for failing to appoint new counsel. ECF No. 265. Upon thorough review of the case's docket, the Court finds that Justin B. Murphy

from Justin Murphy Law Group remains the designated counsel for Defendant Jet Genius Florida Holdings, Inc. The relevant docket entries are set out below.

- On April 21, 2025, Defendants Jordan Brown, Jet Genius Florida Holdings Inc., C3Jets LLC, Jetcharter.com LLC, Bowman Aviation, Inc., Jet Agency Global, LLC, C3 Limo LLC, and Jet Genius Holdings, Inc. filed a Motion for Substitution of Attorney, requesting that Justin B. Murphy substitute for William L. Miltner as counsel of record. ECF No. 203.
- On April 21, 2025, the Court issued an Order Granting the Substitution of Attorney. ECF No. 204.
- On May 20, 2026, a Consent Order Granting Substitution of Attorney for Defendant Jordan Brown was filed. Adam D.H. Grant replaced Justin B. Murphy as counsel of record for Defendant Jordan Brown. ECF No. 243.
- On June 17, 2026, another Consent Order Granting Substitution of Attorney for Defendants Jet Agency Global, LLC, C3Jets LLC, Bowman Aviation, Inc., C3 Limo LLC, and Jetcharter.com LLC was filed. Adam D.H. Grant replaced Justin B. Murphy as counsel of record for the Defendants listed above. ECF No. 245.
- On July 21, 2026, Adam D.H. Grant filed a Notice of *Ex Parte* Application to Withdraw as Counsel for the following Defendants: Jordan Brown, Jet Agency Global, LLC, C3Jets LLC, Bowman Aviation, Inc., C3 Limo LLC, and Jetcharter.com LLC. ECF. No. 249.
- On August 20, 2026, the Court issued an Order Denying the Withdrawal of Counsel by Adam D.H. Grant. ECF No. 257.
- On August 26, 2026, Adam D.H. Grant filed a Notice of Withdrawal of *Ex Parte* Application to Withdraw as Counsel for the following Defendants:

Jordan Brown, Jet Agency Global, LLC, C3Jets LLC, Bowman Aviation, Inc., C3 Limo LLC, and Jetcharter.com LLC. ECF. No. 260.

- On September 14, 2026, Plaintiff filed a Request for Entry of Default against Defendant Jet Genius Florida Holdings, Inc. ECF No. 265. The request alleged that Defendant Jet Genius Florida Holdings, Inc. had not retained new counsel following the termination of Justin B. Murphy as its counsel of record on June 17, 2026.

Although Plaintiff refers to the Consent Order from June 17, 2026 (ECF No. 245) as evidence of the termination of Justin B. Murphy's representation of Defendant Jet Genius Florida Holdings, Inc., the Consent Order does not list Jet Genius Florida Holdings, Inc. among the parties he withdrew from representing.

Based on the record outlined above, the Court **DENIES** Plaintiff's Motion for Default against Defendant Jet Genius Florida Holdings, Inc. ECF No. 265. The Court directs Defendant Jet Genius Florida Holdings, Inc. within 20 days to either confirm that Justin B. Murphy remains counsel of record or move to withdraw him and substitute new counsel.

**IT IS SO ORDERED.**

Dated: September 24, 2026

Hon. Gonzalo P. Curiel
United States District Judge