Matt Blum, Esq., SBN: 285944
The Law Office of Matt Blum
550 W C Street, Suite 960
San Diego, CA 92101
Mblumlaw@gmail.com
Tel: 860-271-6273
Fax: 619-238-1351

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff AARON STANZ, individually and derivatively on behalf of Jet Genius Holdings, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Defendants JORDAN BROWN; JET GENIUS HOLDINGS, INC.; JET GENIUS FLORIDA HOLDINGS, INC.; C3JETS LLC; BOWMAN AVIATION, INC.; JET AGENCY GLOBAL, LLC; C3 LIMO LLC; JETCHARTER.COM LLC; and DOES 1-20,<br><br>Defendants,<br><br>and<br><br>JET GENIUS HOLDINGS, INC.,<br>Nominal Defendant. | Case No. 3:22-cv-01164-GPC-JLB<br><br>Dist. Judge: Hon. Gonzalo P. Curiel<br>Mag. Judge: Hon. Jill L. Burkhardt<br><br>**JOINT MOTION TO PROPOSE REVISED SCHEDULE**<br><br>Complaint Filed: August 8, 2022<br>SAC Filed: August 21, 2023<br>Trial Date: Not Yet Set |
| AND RELATED COUNTERCLAIM. | |

Plaintiff Aaron Stanz ("Plaintiff") and Defendants Jordan Brown, C3Jets LLC, Bowman Aviation, Inc., Jet Agency Global LLC, and C3 Limo LLC (collectively, "Defendants"), through their respective undersigned counsel of record, hereby submit this Joint Motion to Propose a Revised Schedule and respectfully state as follows:

1. WHEREAS, the parties continue to navigate compliance efforts and ongoing enforcement proceedings regarding outstanding discovery obligations set forth in the Court's Order on Plaintiff's Motion to Compel (ECF No. 215) and the subsequent Order Adopting Report and Recommendation on Civil Contempt (ECF No. 239);
2. WHEREAS, while Defendants have made several responsive productions, critical issues persist regarding court-ordered Electronically Stored Information (ESI), specifically including the inspection, copying, and production of responsive materials from Defendant Jordan Brown's centralized Gmail accounts, enterprise cloud systems, and company-issued or controlled cell phone records as mandated by ECF Nos. 215 and 239;
3. WHEREAS, the parties are actively meeting and conferring to establish a compliant protocol for capturing and reviewing the remaining electronic data—including engaging forensic assistance.
4. WHEREAS, the current pre-trial disclosure schedule contemplates deadlines beginning November 13, 2026, which precedes the anticipated completion of the court-ordered ESI extraction, production, and subsequent verification process;
5. WHEREAS, Plaintiff maintains that complete ESI production is essential to prevent severe evidentiary prejudice, allow proper tracing of corporate assets, and prepare adequately for trial;
6. WHEREAS, good cause exists under Federal Rule of Civil Procedure 16(b)(4) to modify the scheduling order to ensure that all discovery disputes are

resolved and necessary materials are fully produced prior to commencing pre-trial disclosure and conference obligations;

NOW, THEREFORE, the parties hereby stipulate and jointly request that the Court enter the following revised pre-trial schedule:

**I. Proposed Revised Schedule**

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Pre-trial disclosures** | November 13, 2026 | **February 11, 2027** |
| **Counsel to meet regarding pre-trial matters** | November 20, 2026 | **February 18, 2027** |
| **Prepare and review the pre-trial order** | November 27, 2026 | **February 25, 2027** |
| **Lodge final Pre-trial Conference Order** | December 11, 2026 | **March 11, 2027** |
| **Final Pre-trial Conference** | December 18, 2026 | **March 18, 2027** |

/ / /

Dated: October 26, 2026

<u>*/s/ Matthew M. Blum, Esq.*</u>
Matt Blum, Esq.
The Law Office of Matt Blum
Attorney for Plaintiff

Dated: October 26, 2026

<u>*/s/ Adam Grant, Esq.*</u>
Adam Grant, Esq.
Grant Shenon Almaraz, APLC
Attorney for Defendants